# MINUTE ORDER

Page 3

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**         Date: 12/20/2022   Time: 1:30 p.m.

| | | | |
|---|---|---|---|
| Defendant: | DAVID RIVERA | J#: 34544-510 | Case #: 22-CR-20552-GAYLES-1 |
| AUSA: | Harold Schimkat | Attorney: | Jeffery D. Feldman & Richard Klugh (TEMP) |
| Violation: | CONSPIRACY TO COMMIT OFFENSE AGAINST THE UNITED STATES | Surr/Arrest Date: | OUT OF DISTRICT ARREST   YOB: |

Proceeding: Initial Appearance                        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: STIPULATED $200,000 Personal Surety Bond    Co-signed by: Wife, Sofia Rivera & Sister, Diana Rivera

☐ Surrender and/or do not obtain passports/travel docs                Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☒ Other: See Attachment(s)

**Disposition:**
Brady Order given. Defense Counsel, Jeffery D. Feldman filed a Temporary Appearance per DE# [20]. Defense Counsel, Richard Klugh stated in open court that he will be appearing as temporary co-counsel in the case. Temporary Notice of Appearance needs be filed for Co-Counsel. Defendant Waived his right to a Speedy Trial & Arraignment in open court. Waiver signed. The parties STIPULATED to $200,000 Personal Surety Bond with co-signers. Bond paperwork due by 12/27/2022.

Time from today to ___1/23/23___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:    Time:    Judge:    Place:

Report RE Counsel: 1/23/2023 at 10am Miami Duty Court

PTD/Bond Hearing:

Arraignment: 1/23/2023 at 10am Miami Duty Court

Status Conference RE:

D.A.R. JG-13:34:01; 13:49:13              Time in Court: 32 mins.

s/Jonathan Goodman                        Magistrate Judge

David Mauricio Rivera

22-20552-CR-GAYLES

## Special Bond Conditions

1. The defendant must not violate federal state or local law while on release
2. The defendant must cooperate with the collection of DNA.
3. The defendant must advise the court or pretrial services in writing before making any change of residence or telephone.
4. The defendant must appear in court as required, must surrender as directed to serve a sentence that the court may impose.
5. The defendant must sign the appearance bond.

6. The defendant must submit to supervision by and report for supervision at the US Probation Office.

7. Continue to seek or actively seek employment.
8. Surrender passport and his wife's passport by December 12, 2022.
9. Avoid all contact directly or indirectly with any person who may be a victim or witness in the investigation or prosecution. **_Special condition not in effect until a list is provided to the Court and Pretrial Services_**.
10. Not to possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.
11. Not to use alcohol.
12. Not to use or unlawfully possess a narcotic drug or other controlled substances, unless lawfully prescribed by a medical licensed medical practitioner.
13. Participate in location restriction program with an 8pm to 6am curfew; (Monitoring)
14. Report within 72 hours to pretrial service any contact with law enforcement.

15. Travel restricted to the Northern District of Georgia, Southern District of Florida, The Middle District of Florida, Southern District of New York for Court appearance and meetings with counsel, and to Washington DC to obtain counsel or co-counsel and or meeting with counsel.

16. Travel plans needs to be reported to PTS 48hrs prior to travelling.