UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-GAYLES/TORRES

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

## GOVERNMENT'S NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice that Department of Justice Trial Attorney Evan N. Turgeon is appearing as co-counsel on behalf of the United States of America in this matter.

                          Respectfully submitted,

                          MATTHEW G. OLSEN
                          Assistant Attorney General
                          National Security Division
                          U.S. Department of Justice

By:     /s/ Evan N. Turgeon
                          Evan N. Turgeon
                          Trial Attorney
                          Counterintelligence and
                          Export Control Section
                          National Security Division
                          U.S. Department of Justice
                          950 Pennsylvania Ave., NW, Suite 7700
                          Washington, D.C. 20530
                          Court No. A5503000
                          (202) 353-0176
                          evan.turgeon@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2023, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system.

                                            /s/ Evan N. Turgeon
                                            Trial Attorney
                                            U.S. Department of Justice