UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20552-GAYLES/TORRES

MIAMI DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID RIVERA and ESTHER NUHFER,

       Defendants.
_____/

### DEFENDANT DAVID RIVERA'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant, DAVID RIVERA, respectfully moves this Court to continue his arraignment for thirty (30) days and in support thereof states:

1. Mr. Rivera's arraignment in this case is currently scheduled for 10:00 a.m. on January 23, 2023.

2. Mr. Rivera has not yet retained permanent counsel. The undersigned has made only a temporary appearance.

3. Mr. Rivera has been diligently seeking permanent counsel but has not completed his search. He requests an additional thirty (30) days to do so.

4. Regarding the requested continuance, Mr. Rivera waives his right to a speedy arraignment and agrees that the additional time he is requesting, if granted, shall be excludable time under 18 U.S.C. 3161(h)(7)(A) and that the ends of justice served by the granting of the requested continuance outweigh his own best interests and those of the public in a speedy trial.

5. Assistant United States Attorney Harold Schimkat, the lead prosecutor in this case, has authorized the undersigned to represent to the Court that he has no objection to this motion.

6. A proposed Order is attached as Exhibit 1.

**WHEREFORE**, Mr. Rivera respectfully moves this Court for a 30-day continuance of his arraignment.

Dated: January 19, 2023                                Respectfully Submitted,

**TRAILBLAZER**

By:    */s/ Jeffrey D. Feldman*
Jeffrey D. Feldman / Fla. Bar No. 330302
Email: jfeldman@trailblazerlaw.com
1200 Brickell Avenue, Penthouse 1900
Miami, Florida  33131
Telephone: 305-222-7851
Facsimile:  305-760-4193
-and-
**RICHARD C. KLUGH, P.A.**

By:    */s/ Richard C. Klugh*
Richard C. Klugh / Florida Bar No. 305294
Email:  rklugh@klughlaw.com
40 N.W. Third Street, Penthouse 1
Miami, Florida  33128
Telephone: 305-536-1191
Facsimile:  305-536-2170

*Temporary Counsel for Defendant, David Rivera*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 19, 2023 he conferred by telephone with Assistant United States Attorney Harold Schimkat regarding this Motion, who advised that he has no objection to same and has authorized the undersigned to represent his agreement to the Court.

*/s/ Jeffrey D. Feldman*
Jeffrey D. Feldman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jeffrey D. Feldman*
JEFFREY D. FELDMAN

## SERVICE LIST
*United States of America v. David Rivera and Esther Nuhfer*
Case No. 22-cr-20552-GAYLES/TORRES
United States District Court, Southern District of Florida

| | |
|---|---|
| Harold E. Schimkat, Esq.<br>harold.schimkat@usdoj.gov<br>betty.alfaraz@usdoj.gov<br>yalynn.marques@usdoj.gov<br>Joshua Paster, Esq.<br>joshua.paster@usdoj.gov<br>jasmine.wong@usdoj.gov<br>Marilyn.dekle@usdoj.gov<br>**UNITED STATES ATTORNEY'S OFFICE**<br>99 N.E. Fourth Street, 4th Floor<br>Miami, Florida  33132<br>Telephone:  305-961-9298<br>Facsimile:  305-530-6168<br><br>*Co-Counsel for the United States of America* | Adriana Collado-Hudak, Esq.<br>adriana.collado-hudak@gmlaw.com<br>David M. Kubiliun, Esq.<br>david.kubiliun@gmlaw.com<br>alejandra.albuerne@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, Florida  33301<br>Telephone:  305-789-2712<br>Facsimile:  305-537-3932<br><br>*Co-Counsel for Defendant, Esther Nuhfer* |
| Evan N. Turgeon, Esq.<br>evan.turgeon@usdoj.gov<br>Counterintelligence and Export Control<br>Section - National Security Division<br>**U.S. DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue NW, Suite 7700<br>Washington, D.C.  20530<br>Telephone:  202-353-0176<br><br>*Co-Counsel for the United States of America* | Philip L. Reizenstein, Esq.<br>philip@miamicriminallaw.net<br>philreizenstein@protonmail.com<br>**REIZENSTEIN & ASSOCIATES, P.A.**<br>2828 Coral Way, Suite 540<br>Miami, Florida  33145<br>Telephone:  305-444-0755<br>Facsimile:  305-444-9277<br><br>*Co-Counsel for Defendant, Esther Nuhfer* |