UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20552-CR-GAYLES/TORRES

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and ESTHER NUHFER
_____/

**NOTICE OF STRIKING PLEADING**

David Rivera and Esther Nuhfer respectfully strike Document Number 41, Unopposed Motion to Continue Report Re:Counsel and Arraignment as it had an error. Counsel will re-file the correct document.

Respectfully submitted,

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710

By: */s/ Edward R. Shohat*
Edward R. Shohat
Florida Bar No. 152634
eshohat@joneswalker.com
*for Defendant Rivera*

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By: /s/ David Oscar Markus
David Oscar Markus
dmarkus@markuslaw.com

/s/ A. Margot Moss
A. Margot Moss
mmoss@markuslaw.com
*for Defendant Nuhfer*