EXHIBIT 2

## *Ramirez Gorrin Diaz Perdomo*

Despacho Jurídico

**ACUERDO DE RETENCIÓN**

Este acuerdo es hecho entre Ramirez Gorrin Diaz Perdomo y Asociados, y Interamerican Consulting, Incorporated ("el Cliente").

1. El Cliente reconoce que ha retenido a Raul Gorrin ("el Abogado"), INPRE Abogado 64997, del despacho juridico Ramirez Gorrin Diaz Perdomo, para representación y asesoramiento en conexión con el siguiente tema: Contrato entre Interamerican Consulting, Incorporated y PDV USA/Citgo Petroleum Corporation.
2. El Cliente esta de acuerdo en:

   1. Informar al Abogado de una manera verdadera y completa acerca de los hechos del tema del Cliente.
   2. Informar al Abogado acerca de cualquier tipo de cartas, noticias o alguna otra información con respecto al tema del Cliente.
   3. Consultar al Abogado antes de consultar con otros abogados, especialmente con abogados que estuviera envuelto o podría ser afectado por el tema.
   4. Firmar documentos necesarios, cuando el Abogado lo pida, que permitan a este proceder con asesoramiento legal.
   5. Firmar una carta indicando cuando el Cliente ha instruido al Abogado a actuar de una manera contraria al consejo profesional del Abogado y aceptando que el Cliente no hará responsable al Abogado por las consiguientes consecuencias.
   6. Informar al Abogado si el Cliente no estaría disponible por algun periodo de tiempo debido a enfermedad, vacación o alguna otra razón.
   7. Cooperar con el Abogado y dar seguimiento a sus intrucciones.

3. El Cliente podría darle fin a la representación del Abogado dando notificación y firmando documentos requeridos necesarios para que el Abogado pudiera salir y/o disolver el acuerdo. NI EL ABOGADO NI RAMIREZ GORRIN DIAZ PERDOMO Y ASOCIADOS ESTARAN OBLIGADOS A REABRIR EL TEMA O A REFERIRLO A OTRO ABOGADO.
4. El Cliente acepta que el Abogado puede dar información acerca del caso al personal de Ramirez Gorrin Diaz Perdomo y Asociados, lo cual es necesario para cumplir con reportes requeridos del Despacho Jurídico.
5. El Abogado ejercitará su juicio profesional para determinar cuando y como proceder con asesoramiento.
6. El Abogado acepta tratar al Cliente profesionalmente.
7. El Abogado acepta notificar a Ramirez Gorrin Diaz Perdomo si el/ella se retiraría del acuerdo.

8. Si el Cliente necesitará un traductor/interprete, el Cliente deberá hacer los arreglos por si mismo con alguien bilingue que lo acompañe a citas con el Abogado. El Abogado podría solicitar a Ramirez Gorrin Diaz Perdomo para que este tratase de conseguir un traductor/interprete.
9. El Abogado y Ramirez Gorrin Diaz Perdomo y Asociados no garantizan al Cliente resultados del asesoramiento legal.
10. El Abogado podría salir del caso si:

1. El Cliente provee información falsa o engañosa.
2. El Cliente falla en cumplir con cualquier previsto en el Párrafo 2 de este acuerdo.
3. El Cliente no provee información al Abogado y/o no sigue las instrucciones del Abogado.
4. El Cliente no se presenta a las citas hechas.
5. El Cliente verbalmente abusa, acosa o amenaza al Abogado u otro miembro de su personal.

10. Si el Cliente llegase a ser **no elegible** para representacíon legal a través de Ramirez Gorrin Diaz Perdomo y Asociados, el Abogado podría retirarse del acuerdo. El Cliente sera responsable de conseguir otro Abogado por su propia cuenta.
11. El Cliente acepta pagar al Abogado por sus servicios de acuerdo a los honorarios regulares cobrados en este tipo de representacíon legal y acordado entre el Cliente y el Abogado.
13. El Cliente acepta no hacer responsable a Ramirez Gorrin Diaz Perdomo y Asociados por cualquier negligencia u omisión que del Cliente dependa.

EL CLIENTE HA LEIDO Y ENTENDIDO ESTE ACUERDO. TODA LA DECLARACION E INFORMACION QUE EL CLIENTE HA PROVEIDO CON RESPECTO A SU CALIFICACION PARA REPRESENTACION LEGAL ES VERDADERA Y COMPLETA DE ACUERDO A TODO EL CONOCIMIENTO, INFORMACION Y CREENCIA DEL CLIENTE.

_____ 3-21-17
Cliente y Fecha

_____ 3-21-17
Abogado y Fecha

2

Ramirez Gorrin Diaz Perdomo

Law Offices

This agreement is made between Ramirez Gorrin Diaz Perdomo and Associates, and Interamerican Consulting, Incorporated ("the Client").

 1.     The Client acknowledges that it has retained Raul Gorrin ("the Attorney"), Attorney Bar Number 64997, of the law firm Ramirez Gorrin Diaz Perdomo, for representation and advising in connection with the following matter:  Contract between Interamerican Consulting, Incorporated and PDV USA/Citgo Petroleum Corporation.
2.     The Client agrees to:
        1.  Inform the Attorney in a truthful and complete manner regarding all of facts related to the Client's matter.
        2.  Inform the Attorney regarding any types of documents, news or any other information with respect to the Client's matter.
        3.  Speak with the Attorney before consulting with any other attorneys, especially with any that are involved or may be affected by the matter.
        4.  Sign any necessary documents, when the Attorney requests it, that allow the Attorney to proceed with legal counseling.
        5.  Sign a letter indicating with the Client has instructed the Attorney to act in a manner contrary to the Attorney's professional advice and accepting that the Client will not hold the Attorney responsible for the resulting consequences.
        6.  Inform the Attorney if the Client is not available for any period of time due to sickness, vacation or any other reason.
        7. Work with the Attorney and follow up on his instructions.
3.     The Client may terminate the Attorney's legal representation by providing notification and signing required documents necessary for the Attorney to withdraw and/or rescind this agreement.  NEITHER THE ATTORNEY NOR RAMIREZ GORRIN DIAZ PERDOMO AND ASSOCIATES WILL BE OBLIGATED TO RE-OPEN THE MATTER OR REFER IT TO ANOTHER ATTORNEY.
4.     The Client accepts that the Attorney may provide information regarding the matter to personnel in Ramirez Gorrin Diaz Perdomo and Associates which is necessary to fulfill required reports of the law firm.
5.     The Attorney shall exercise his professional judgement in determining when and how to proceed with legal advice.
6.     The Attorney agrees to treat the Client professionally.
7.     The Attorney agrees to notify Ramirez Gorrin Diaz Perdomo if they withdraw from the agreement.
8.     If the Client will need a translator/interpreter, the Client should make arrangements with someone bilingual to accompany them to meetings with the Attorney.  The Attorney may call upon Ramirez Gorrin Diaz Perdomo so that it may attempt to find a translator/interpreter.

9.      The Attorney and Ramirez Gorrin Diaz Perdomo and Associates do not guarantee the Client any results from the legal counseling.

10.     The Attorney may withdraw from the matte if:
  1. The Client provides false or misleading information.
  2. The Client fails to fulfill any requirements in Paragraph 2.
  3. The Client does not provide the Attorney information and/or does not follow the Attorney's instructions.
  4. The Client does not appear at scheduled meetings.
  5. The Client verbally abuses, harasses or threatens the Attorney or another member of his staff.

10.     If the Client becomes ineligible for legal representation from Ramirez Gorrin Diaz Perdomo and Associates, the Attorney may withdraw from the agreement.  The Client shall be responsible for securing another Attorney on their own.

11.     The Client agrees to pay the Attorney for his services in accordance with customary fees charged in this type of legal representation and agreed upon between the Client and the Attorney.

13.     The Client agrees not to hold Ramirez Gorrin Diaz Perdomo and Associates responsible for any negligence or omission that relies on the Client.

THE CLIENT HAS READ AND UNDERSTOOD THIS AGREEMENT.  ALL OF THE STATEMENTS AND INFORMATION THAT THE CLIENT HAS PROVIDED WITH RESPECT TO ITS QUALIFICATION FOR LEGAL REPRESENTATION IS TRUTHFUL AND COMPLETE IN ACCORDANCE WITH ALL OF THE KNOWLEDGE AND BELIEFS OF THE CLIENT.

_____

Client and Date

_____

Attorney and Date