UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20552-CR-GAYLES/TORRES(s)

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and
ESTHER NUHFER,

**Defendants.**
_____/

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Superseding Indictment, ECF No. 122, the United States seeks the forfeiture of the following property, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1):

    i. Real property located at 3663 S. Atlantic Ave, Unit 20C, New Smyrna Beach, Florida 32169;[1]

    ii. A sum of $419,670.00 in U.S. currency in lieu of real property located at 9425 S.W. 38th Street, Miami, Florida 33165;[2] and

    iii. A sum of $466,127.00 in U.S. currency in lieu of real property located at 82 Tingler Lane, Marathon, Florida 33050.[3]

---

[1] This real property is subject to ongoing litigation regarding the United States' *Ex Parte* Application for Second Protective Order Pursuant to 21 U.S.C. § 853.  *See* ECF Nos. 79, 80, 110, 116.  The United States elected not to present the forfeiture nexus for any of the above-listed real properties to the grand jury for probable-cause determination in the Superseding Indictment.

[2] *See* Notice, ECF No. 106.

[3] *See supra note* 2.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:    */s/ Nalina Sombuntham and Joshua Paster*
        Nalina Sombuntham, Fla. Bar No. 96139
        Joshua Paster, Court ID No. A5502616
        Assistant United States Attorneys
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9224 / (305) 961-9342
        Facsimile: (305) 536-4089
        joshua.paster@usdoj.gov
        nalina.sombuntham@usdoj.gov
        *Counsel for United States of America*