# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-20552-Cr-Damian/Torres**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

     **Defendants.**
_____/

**ORDER GRANTING GOVERNMENT'S PETITION FOR COURT**
**AUTHORIZATION TO PRODUCE DOCUMENTS IN RESPONSE TO**
**SUBPOENA ISSUED IN PENDING CIVIL CASE**

THIS CAUSE is before the Court upon the Government's Petition for Court Authorization to Produce Documents in Response to Subpoena Issued in Pending Civil Case (DE 162):

**WHEREAS**, this matter was referred to the undersigned by Order dated April 24, 2024 (DE 163);

**WHEREAS**, the Court has reviewed the Government's petition and the pertinent portions of the record;

**WHEREAS**, the defendants, David Rivera and Esther Nuhfer, through counsel, have not filed responses to the Government's petition;

**IT IS HEREBY ORDERED** that the Government's petition is **GRANTED** for the reasons stated therein;

**IT IS FURTHER ORDERED** that the Government is authorized to produce documents in response to the subpoena at issue in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of May, 2024.

_____
EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

cc:   Counsel of Record