UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-Cr-20552-Damian

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

# JOINT SCHEDULING REPORT

Pursuant to this Court's Order Following Status Conference (DE 216), the parties are submitting this joint scheduling report setting forth the parties' proposed pretrial deadlines. The parties are both in agreement with the dates proposed below, except paragraphs 6-9 (where we note our disagreement):

1. The government's Rule 16 and Local Rule 88.10 discovery to be complete by no later than November 27, 2024. Any materials subsequently obtained by the government are subject to prompt disclosure to the defendants pursuant to the relevant rules of discovery.

2. The defendants Rule 16 and Local Rule 88.10 discovery to be complete by no later than February 1, 2025. Any materials subsequently obtained by the defendants are subject to prompt disclosure to the government pursuant to the relevant rules of discovery.

3. Expert disclosures are to be made no later than January 3, 2025, and any rebuttal expert disclosure are due by February 3, 2025. Motions to exclude any experts are to be filed on the same schedule as the parties' motions in limine.

4. Dispositive motions are to be filed no later than January 10, 2025, with responses due January 24, 2025, and replies due January 31, 2025.

5. Motions in limine are to be filed no later than March 14, 2025, with responses due March 28, 2025, and replies due April 4, 2025.

6. The government's preliminary exhibit list and case in chief exhibits are to be provided to the defendants (government's proposal: 30 days before trial; defense proposal 45 days before trial).

7. The defendants' preliminary exhibit list and exhibits are to be provided to the government (government's proposal: 14 days before trial; defense proposal 21 days before trial).

8. The government's preliminary witness list is to be provided to the defendants (government's proposal: 30 days before trial; defense proposal 45 days before trial).

9. The defendants' witness list is to be provided to the government (government's proposal: 14 days before trial; defense proposal 21 days before trial).

10. Voir dire questions are due by calendar call.

11. The parties will provide proposed jury instructions to each other 30 days before trial.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By: /s/ Harold E. Schimkat
    Harold E. Schimkat
    Daniel Bernstein
    Assistant United States Attorneys
    Court ID No. A5500567
    Fla. Bar No. 0017973
    99 N.E. 4th Street, 4th Floor
    Miami, Florida 33128
    Office: (305) 961-9298
    Cell: (786) 378-4344
    Harold.schimkat@usdoj.gov

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710

By: */s/ Edward R. Shohat*
    Edward R. Shohat
    Florida Bar No. 152634
    eshohat@joneswalker.com
    *for Defendant Rivera*

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH 1
Miami, FL 33128
Telephone: (305)379-6667
Facsimile: (305) 379-6668

By: */s/ David Oscar Markus*
    David Oscar Markus
    Florida Bar No. 119318
    dmarkus@markuslaw.com
    *for Defendant Nuhfer*