UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID RIVERA,

    Defendant.
_____/

### ORDER DENYING MOTION FOR PERMISSION TO TRAVEL [ECF NO. 247]

THIS CAUSE is before the Court on the Defendant, David Rivera's, Motion for Permission to Travel to Madrid, Spain and for the Release of his Passport [ECF No. 247], filed December 6, 2024.

THE COURT has considered the Motion, the Government's Response [ECF No. 254], the pertinent portions of the record, and relevant authorities, and is otherwise fully advised.

In the Motion, Defendant Rivera seeks a modification of his current bond conditions to permit the release of his passport and his travel to Madrid, Spain, to meet with Venezuelan officials, as more fully detailed in the Motion. *See* ECF No. 247. The United States opposes the Motion. *See* ECF No. 254.

As with previous Motions filed by this Defendant seeking to modify bond conditions, which conditions were originally set upon agreement with the United States, this Court finds that Defendant Rivera has not demonstrated good cause for modification of his bond conditions as requested. This Court further finds that permitting Defendant Rivera to travel to Spain for political purposes, including meeting with Venezuelan officials, significantly and

unnecessarily poses a serious risk of flight or otherwise opportunities to violate his bond conditions.

Under the circumstances of this case, this Court again finds that Defendant Rivera's proposed travel plans, as set forth in the Motion, if permitted, would undermine the current bond conditions that are intended to reasonably assure his appearances. *See, e.g., United States v. Ellard*, No. 2:19-CR-28-SPC-MRM, 2021 WL 1790554, at *1 (M.D. Fla. May 5, 2021) (denying Defendant's motion to travel because, in light of the relevant facts, the requested travel would (*inter alia*) render Defendant a flight risk); *United States v. Pina-Nieves*, 535 F. Supp. 3d 86, 90 (D.P.R. 2021) (same)). As this Court has previously observed, most defendants free on bond cannot freely travel outside the jurisdiction, especially to foreign places that have direct ties to the allegations that gave rise to the criminal charges filed against them. Defendant Rivera does not demonstrate good cause why this Court should make an exception for him.

To the extent Defendant Rivera seeks to pursue employment opportunities, he shall do so within the confines of his current bond.

Accordingly, for the reasons set forth above, it is hereby

**ORDERED AND ADJUDGED** that Defendant Rivera's Motion for Permission to Travel **[ECF No. 247]** is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 27th day of December, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record