UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

v.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the Court on Defendant David Rivera's Motion for Additional Discovery [ECF No. 248], filed December 6, 2024, and Defendants' Joint Unopposed Motion to Continue Trial and Pre-Trial Deadlines [ECF No. 250], filed December 11, 2024.

THE COURT has reviewed the above-referenced Motions and the pertinent portions of the record and is otherwise fully advised. The Court also heard from the parties, through counsel, at a Status Conference held January 15, 2025.

For the reasons stated on the record, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Rivera's Motion for Additional Discovery [**ECF No. 248**] is **DENIED WITHOUT PREJUDICE**. Defendant is not foreclosed from serving a renewed, narrowed request for discovery as further detailed on the record.

2. This matter is set for a Status Conference on **February 11, 2025, at 11:00 a.m.** The conference will be conducted in-person in Miami, Florida. The specific courtroom location will be provided in advance of the Status Conference.

2

3. Defendants' Joint Unopposed Motion to Continue Trial and Pre-Trial Deadlines [**ECF No. 250**] is **TAKEN UNDER ADVISEMENT**. The Court will reset the trial and pre-trial deadlines after the upcoming Status Conference.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this <u>16th</u> day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record