UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

v.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

### OMNIBUS ORDER FOLLOWING STATUS CONFERENCE, REFERRING MOTION TO MAGISTRATE JUDGE, AND SETTING STATUS CONFERENCE

**THIS CAUSE** is before the Court on Defendant David Rivera's Second Motion for Additional Discovery [ECF No. 266] ("Motion"), filed February 3, 2025.

THE COURT has reviewed the above-referenced Motion, the Government's Response [ECF No. 267], and the pertinent portions of the record and is otherwise fully advised. The Court also heard from the parties, through counsel, at a Status Conference held February 11, 2025.

For the reasons stated on the record at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant Rivera shall file a Reply in Support of the Second Motion for Additional Discovery [ECF No. 266] by February 18, 2025.

2. Defendant Rivera's Second Motion for Additional Discovery [**ECF No. 266**] is **REFERRED** to United States Magistrate Judge Edwin. G. Torres to take all necessary and proper action as required by law.

3.	This matter is set for a Status Conference on **Tuesday, March 11, 2025**, at **10:00 a.m.** before the undersigned. The conference will be held in person in Miami, Florida. The parties may but are not required to attend the Status Conference. The specific courtroom location will be provided in advance of the hearing.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this <u>11th</u> day of February, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:	Counsel of record