# Exhibit 1



## Maria Lievano-Cruz · 2nd

Attorney with over 20 years of experience in both the public and private sector focusing on land development, transportation, and governmental regulations.

Miami-Fort Lauderdale Area · **Contact info**

500+ connections

 Alejandro, Christina Marie and 19 other mutual connections

**+ Connect**   **◁ Message**   **…**

GLC Real Estate, Inc

New England Law | Boston

---

## Activity
920 followers

**+ Follow**

**Posts**   Comments

Maria Lievano-Cruz · 2nd
Attorney with over 20 years of experience i...
11mo · 🌐

I'm happy to share that I'm starting a new position as VP at GLC Real Estate, Inc !



Maria Lievano-Cruz · 2nd
Attorney with over 20 years of experience i...
5yr · 🌐

**Orlando Economic Partnership**
28,625 followers
5yr · 🌐

Big news for Orlando transportation! **Virgin Trains** has laid tracks at the new multimodal ter-



 **Maria Lievano-Cruz**
Attorney with over 20 years of experience in both the public and private sector focusing on land development, transportation, and governmen...



Starting a new position

👍❤️ 122                                77 comments



Trains has laid tracks at the new multimodal terminal at Greater Orlando Aviation... more

Orlando airport moving ahead with Virgin tracks, ...
bit.ly

👍 8                                    1 comment

Show all →

## Experience


**VP**
GLC Real Estate, Inc
Jan 2025 - Present · 1 yr 2 mos
Miami, Florida, United States


**Director of Corporate Development**
Florida East Coast Industries
Nov 2015 - Dec 2024 · 9 yrs 2 mos


**Chief of Staff**
Miami-Dade County
Jan 2002 - Oct 2015 · 13 yrs 10 mos
Miami/Fort Lauderdale Area