Juror No._____

**Jury Questionnaire — Judge Melissa Damian**

**Please answer all questions on all sides.**
**Please do NOT conduct any GOOGLE or internet searches.**

1.   What is your name, age, and general area of residence (e.g., Fort Lauderdale, Hollywood, Coral Springs, Plantation, etc.)?

2.   Are you working? If so, where and what do you do? (If you are not currently working, please describe the nature of your most recent work experience)

3.   Are you married or living with a significant other? If so, what does the other person do for a living?

4.   Do you have children? If so, what are their ages? Do they work? If so, what do they do for a living?

5.   Do you or any member of your family own or run your own business? If so, describe the business (including size of the business). If you have owned a business, have you ever applied for a business loan or financing in connection with the business?

6.   Have you, a member of your family, or a close friend ever been the victim of a crime? If so, please explain.

7.   Have you, a member of your family, or a close friend ever been arrested for any crime? (PLEASE NOTE: **_Arrest_** is different than **_conviction_**. So, as an example, you may have a friend who was arrested, but the charges were later dropped, or he/ she was later found **_Not Guilty_**.  Under either circumstance, your answer to this question would still be YES because your friend was arrested, even though he/she was never convicted). If so, please explain.

Juror No._____

8.    Do you have any close friends or family members who are members of any law enforcement agency? If yes, please explain.

9.    Have you ever been on jury duty? If so, was it civil or criminal? Did the jury reach a verdict? (**DO NOT** tell us what the verdict was—only whether or not the jury reached a verdict). Were you the foreperson?

10.   Have you, any member of your family, or any of your close friends had any particularly positive or negative experiences with the FBI, HSI, ICE, IRS Criminal Investigations, or any other federal law enforcement agency?  Please briefly describe these experiences.

11.   Have your personal experiences, your relatives or friends' personal experiences, or anything you have heard or read about either federal law enforcement officers or other government agencies left you with strong feelings, one way or the other, such that it would impair your ability to be a fair and impartial juror in this case?

12.   Have you ever served in any branch of the United States Military? If yes, please explain which branch, your years of service, and your rank upon discharge.

13.   Would you briefly describe any personal hobbies and/or interests you have?

14.   To get information about the news, what newspapers, magazines, t.v. shows, websites, social media etc. do you go to regularly? Also, do you have any favorite T.V. shows and/or websites?

15.   Are you politically . . . (Circle One):

*Very Conservative      Conservative      Moderate      Liberal      Very Liberal*

Juror No._____

16. Please describe in detail any connections, family, friends, business, or otherwise which you have to Venezuela or to people in Venezuela:

17. Have you followed current news reports about the U.S. government and its relations and actions with respect to Venezuela?  (If yes, please describe):

18. What are your opinions about the Hugo Chavez or Nicolás Maduro regimes in Venezuela? (If yes, please describe):

19. The Defendants have been charged with not registering as agents assisting the Venezuelan government.  Do you have such strong views about Venezuela that you could not be fair based simply on the allegations (even though both defendants deny them)?

20. Have you read, seen, or heard any news stories or social media posts about former Republican Congressman David Rivera, Esther Nuhfer, or this case? (If yes, please describe):

    a. Will anything you have read, seen, or heard about Mr. Rivera, Ms. Nuhfer, or this case influence how you view the case?

21. Have you heard or participated in any conversations regarding Mr. Rivera, Ms. Nuhfer, or this case?  If yes, please explain.

22. Have you formed any opinions about Mr. Rivera or Ms. Nuhfer?  What are they?

23. What are your feelings about politicians?  Do you make any assumptions about David Rivera because he was a politician?

24. Do you have any feelings for or against lobbying or the laws regarding lobbying? (If yes, please describe):

Juror No._____

25.    What are your feelings regarding referral fees or finders' fees?

26.    Secretary of State Marco Rubio may testify in this case. Would you credit or discredit Secretary Rubio's testimony simply because of the positions he has held or his political views? (Please explain your answer):

27.    The charges in this case include an allegation that Mr. Rivera's company entered into a contract in which it was to be paid $50 million for three months of work (ultimately the company received $20 million). Is there anything about those amounts of money which might prevent you from being a fair and impartial juror? (If yes, please describe):

28.    David Rivera and Esther Nuhfer are lifelong Republicans who are active in the Republican party.   (Rivera was a Republican Congressman and Nuhfer is a political fundraiser). Would this affect your ability to give them a fair trial?

29.    You may hear evidence from certain witnesses who have knowledge of the relevant events and previously worked with the Defendants. This may include testimony from witnesses who (a) were not charged in this case, and (b) were involved in the events that led to the criminal charges against the Defendants. These witnesses are cooperating with the government, which includes testifying in this trial. Whether or not you believe their testimony is completely up to you, and the government and defense each have a right to question these witnesses. Are you willing to consider this type of testimony or will you be skeptical of accepting the word of a cooperating witness?

30.    In addition, certain witnesses may have prior criminal convictions. Whether you believe these witnesses will be up to you. However, will you be able to at least consider the testimony of a witness who has a prior criminal record? If not, does the fact that they have a criminal record mark them as someone unwilling of belief?

31.    Some people have religious beliefs or other personal beliefs that may prevent them from voting as a juror. Do any of you have any religious, moral or other beliefs that may prevent you from deliberating as a juror, if you are selected?