UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

**UNITED STATES OF AMERICA**,

v.

**DAVID RIVERA and
ESTHER NUHFER**,

    Defendants.
_____/

## OMNIBUS ORDER FOLLOWING PRETRIAL CONFERENCE

**THIS CAUSE** is before the Court following a Pretrial Conference held February 27, 2026, at which the United States of America and Defendants, David Rivera and Esther Nuhfer, appeared through counsel, before the undersigned to address the Government's Omnibus Motion *In Limine* [ECF No. 338] and Defendants' Omnibus Motion *In Limine* to Exclude Evidence [ECF No. 341], both filed on February 6, 2026. The Defendants were present with their counsel.

THE COURT has reviewed the above-referenced Motions, the Parties' respective briefing, and the pertinent portions of the record and is otherwise fully advised. The Court also heard argument from the Parties, through counsel, at the Pretrial Conference.

For the reasons stated and as further detailed on the record at the Pretrial Conference, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Government's Omnibus Motion *In Limine* [**ECF No. 338**] is **GRANTED IN PART AND DENIED IN PART**.

2. Defendants' Omnibus Motion *In Limine* to Exclude Evidence [**ECF No. 341**] is **GRANTED IN PART AND DENIED IN PART**.

It is further **ORDERED** as follows:

3. The Government shall provide specific excerpts of the deposition testimony of David Rivera given in the civil action between Interamerican Consulting, Inc., and PDV USA, Inc., in the Southern District of New York and confer with defense counsel as to how the Government intends to use such evidence at trial.

4. This Court takes under advisement the issues regarding whether Defendants are required to disclose an entrapment-by-estoppel defense pursuant to Federal Rule of Criminal Procedure 12.3.

5. By **Tuesday, March 3, 2026**, the Government shall provide Defendants with a proposed description of the case to be read by the Court during jury selection. By **Thursday, March 5, 2026**, Defendants shall provide the Government with their proposed revisions to the description of the case proposed by the Government. The Government shall submit the parties' proposal, indicating any remaining disagreement, to Chambers via e-mail to damian@flsd.uscourts.gov by **March 9, 2026**.

6. By **March 9, 2026**, the parties' proposed jury instructions, including substantive charges and defenses, shall be submitted to the Court, in Word format, via e-mail to damian@flsd.uscourts.gov.

7. By **March 9, 2026**, the parties shall file their final lists of proposed witnesses and exhibits to be presented at trial.

8. No later than **close of business Wednesday, March 11, 2026**, the parties shall submit, via e-mail to damian@flsd.uscourts.gov, a list of all attorneys and non-attorneys who

intend to bring electronic equipment into the courtroom during trial. The list shall include the person's name and describe the electronic equipment intended for use in the courtroom.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 1st day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record