UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-Cr-20552-Damian/Torres

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and
ESTHER NUHFER,

      Defendants.
_____/

GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned attorneys, hereby submits this notice that the following persons (in no particular order) may be called as witnesses for the government at trial in its case in chief:

1. JJ Gilday, DOJ-NSD
2. Arnaldo Arcay
3. Gina Coon
4. John Butts
5. Gustavo Cardenas
6. Edoardo Orsoni
7. Hugo Perera
8. Maria Bertica Cabrera Morris
9. Brian Ballard
10. Joel Brakha
11. Julio Borges

1

12. Marco Rubio, Department of State

13. Caroline Boothe

14. Brian Naranjo, Department of State (Retired)

15. Francisco Palmieri, Department of State

16. Cynthia Loyet, Department of State (Retired)

17. Regino Chavez, FBI

18. Mike Petron

19. Fernando Cutz, NSC (former)

20. Juan Cruz, NSC (former)

21. Jay Varda, HSI (former)

22. Matthew Picken, HSI (former)

23. Roger Joseph, HSI (former)

24. Steve Santini, HSI

25. Matthew Wood, HSI

26. Donna Brown

27. Jerome Thomas Machynski, FBI

28. Leysha Lopez Recci, FBI

29. Miriam Klass (Spanish linguist)

The government further requests leave to add any additional witnesses that may become necessary during the course of trial.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Harold E. Schimkat
Harold E. Schimkat, AUSA
Roger Cruz, AUSA
Court ID No. A5500567
Fla. Bar No. 157971
99 N.E. 4th Street, 4th Floor
Miami, Florida 33128
Office: (305) 961-9298
Cell: (786) 378-4344
Harold.schimkat@usdoj.gov

&

David J. Ryan
Trial Attorney, National Security Division
Special Bar ID No. A5503306
District of Columbia Bar No. 888325195
950 Pennsylvania Ave., NW, Room 7700
Washington, DC 20530
Tel: (202) 353-7842
David.ryan2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/
David J. Ryan

3