✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

DAVID RIVERA

**EXHIBIT AND WITNESS LIST**

Case Number: 22-CR-20552-Damian/Torres

| PRESIDING JUDGE<br>Melissa Damian | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>Edward R. Shohat<br>David S. Weinstein, Thomas Bardenwerper |
|---|---|---|
| TRIAL DATE (S)<br>March 23, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Adam Kaufmann, Esq. |
| | | | | | Neil Schuster, Esq. |
| | | | | | Francisco Rodriguez, Ph.D. |
| | | | | | Pete Sessions |
| | | | | | Kellyanne Conway |
| | | | | | Thomas Shannon |
| | | | | | Brian Ballard |
| | | | | | Bridget Nocco |
| | | | | | Sylvester Lukas |
| | | | | | Otto Reich |
| | | | | | Mauricio Claver Carone |
| | | | | | All witnesses listed on the Government's Preliminary Witness List. |
| | | | | | All witnesses listed on Esther Nuhfer's Preliminary Witness List. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages