UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

No. 22-cr-20552-DAMIAN/Torres

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID RIVERA and ESTHER NUHFER,

    Defendants.
_____/

### DEFENDANT DAVID RIVERA'S NOTICE OF NEWLY DISCOVERED EVIDENCE RELEVANT TO ATTORNEY SCHUSTER'S MOTION TO QUASH [ECF NO. 369]

Defendant David Rivera respectfully brings to the attention of this Honorable Court newly discovered evidence relevant to Attorney Neil Schuster's pending Motion to Quash Subpoena [ECF No. 369].[1]

1. Late on Friday, March 13, 2026—just one business day before the start of the March 16, 2026, jury selection—AUSA Roger Cruz sent the attached email (**Exhibit 1**) to the defense detailing **more than 60 substantive "changes"** to four FBI 302 reports of interviews of key government witness Hugo Perera.

2. These interviews occurred years ago, specifically in 2020 and 2021.

3. The FBI 302 reports were—of course—not authored by Mr. Perera, but rather by federal law enforcement agents.

---

[1] This Motion to Quash is ripe, as Mr. Rivera filed his Response in Opposition [ECF No. 382 on March 4, 2026, and Attorney Schuster filed his Reply [ECF No. 391] on March 10, 2026.

#111381332v3

4. As AUSA Cruz's email states, the changes in question were presented to the government by Mr. Perera's counsel, Neil Schuster.

5. The changes significantly alter Mr. Perera's reported version of events in material ways, such that the years-old interviews have suddenly—and on the eve of trial—morphed from being highly favorable to the defense to being highly favorable to the government.

6. AUSA Cruz's email leaves many critical questions about Mr. Perera's material change in testimony unanswered.

7. Mr. Rivera could very well require Attorney Schuster's testimony regarding the suddenly and drastically altered version of his client's testimony, which he presented to the government, after the defense confronts Mr. Perera on cross-examination at trial (or otherwise).[2]

8. This notice is being served on Sam Rabin, attorney for Neil Schuster.

9. For this reason, Mr. Rivera respectfully notifies the Court of this change in evidentiary circumstances.

* * *

WHEREFORE, Mr. Rivera asks that this Court consider the above evidence in adjudicating the Attorney Schuster's pending Motion to Quash Subpoena [ECF No. 360].

**Respectfully submitted on March 15, 2026,**

      **JONES WALKER LLP**
      201 S. Biscayne Blvd., Suite 3000
      Miami, FL 33131
      Tel: (305) 679-5700
      By:   */s/ David S. Weinstein*
             **David S. Weinstein**

---

[2] This would be in addition to the related testimony that Mr. Rivera may seek, which he previously described in detail in his Response to Attorney Schuster's Motion to Quash.

#111381332v3

        Florida Bar No. 749214
        dweinstein@joneswalker.com
        **Thomas P. Bardenwerper**
        Florida Bar No. 1044458
        tbardenwerper@joneswalker.com

**EDWARD R. SHOHAT, PA**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (786) 525-3621
By:    */s/ Edward R. Shohat*
        **Edward R. Shohat**
        Florida Bar No. 152634
        ed@edwardrshohat.com

*Counsel for David Rivera*

#111381332v3