UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20552-DAMIAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**DAVID RIVERA, and
ESTHER NUHFER**

      Defendants.
_____/

## ORDER REGARDING JURY SELECTION

**THIS CAUSE** is set for Jury Selection to begin on March 16, 2026. It is hereby

**ORDERED** that the Jury Selection will proceed in the above-captioned case as set forth below.

A venire of 91 potential jurors will be called. They will be divided as follows:

      **Jury Pool A – Jurors 1-43**
      **Jury Pool B – Jurors 44-67**
      **Jury Pool C – Jurors 68-91**

Jurors shall maintain the same randomly assigned juror numbers throughout the entirety of jury selection and will have large tags clearly displaying their juror numbers. Jurors will only be referred to by their juror number, and not by name, throughout jury selection.

The jury selection process will proceed along the following schedule.

I.     SCHEDULE

**DAY 1 (Monday, March 16th):**

**9:00 AM** – Distribute completed Questionnaires for Jurors 1-67 to Counsel.

**10:00 AM** – Bring Jurors 1-43 into Courtroom for Preliminary Jury Selection.

**1:30/2:00 PM** – Bring Jurors 44-67 into Courtroom for Preliminary Jury Selection.

**4:00 PM** – Attorneys for-cause strikes as to Pools A & B based on information provided at that time (from questionnaires and preliminary jury selection) and following argument from parties. Stricken jurors from Pools A & B excused.

If necessary, we will proceed to Day 2 in the same manner. We must inform jury section

before 4:00 PM as to how many jurors to bring in the following day.

**DAY 2 (Tuesday, March 17th):**

**9:00 AM** – Distribute completed Questionnaires for Pool C (Jurors 68-91) to Counsel.

**10:00 AM** – Bring Jurors 68-91 into Courtroom for Preliminary Jury Selection.

**1:30/2:00 PM** – Attorneys for-cause strikes as to Pool C based on information provided at that time (from questionnaires and preliminary jury selection) and following argument from parties. Stricken jurors from Pool C excused.

**3:00 PM** – All remaining eligible jurors from Jury Pools A-C return to Courtroom for *Voir Dire*. *Voir Dire* with still-eligible jurors from Pools A-C. Any additional for-cause strikes addressed as to still-eligible jurors. Stricken jurors excused.

The Court and the parties to jointly assess numbers of still-eligible jurors from Pools A-C. If sufficient in light of allotted peremptory challenges, proceed to address peremptory challenges in accordance with Federal Rule of Criminal Procedure 24(b)(2), plus 2 additional peremptory challenges allotted per side for selection of 3 alternate jurors (no saving of unused peremptory challenges from selection of jurors 1 through 12, and no backstrikes under any circumstances).

## II. PRELIMINARY JURY SELECTION

Preliminary Jury Selection will cover basic introductory information about jury service in a criminal case, courthouse personnel, personal relationships with the parties/counsel/witnesses, scheduling conflicts for the 5–6 week trial period, English proficiency, physical or other impairments pertinent to jury service, and appropriate warnings. Following preliminary jury selection, the parties will exercise for-cause strikes.

## III. *VOIR DIRE*

When the Court and the parties have determined that there are sufficient eligible jurors remaining after preliminary jury selection and for-cause strikes, the Court will proceed to *voir dire* as to the remaining eligible jurors. There will be no attorney or party conducted *voir dire* in this case. This Court will take due consideration of the parties' proposed *voir dire* questions, and the Court will afford the parties appropriate opportunities during jury selection to suggest to the Court any additional, specific questions.

Following *voir dire*, the attorneys will exercise for-cause challenges based on information disclosed during *voir dire*. Following for-cause challenges, the parties will proceed to jury selection and the exercise of peremptory challenges, as discussed above. That is, the Government will have 6 peremptory challenges, and the Defendants will have a total of 10 peremptory challenges for the selection of 12 jurors. For the selection of 3 alternate jurors, both sides will start with 2 peremptory challenges. There will be no back striking and no carrying over of remaining peremptory challenges from the selection of the original 12 jurors to the selection of the alternates.

### IV.  JURY SWORN AND TRIAL BEGINS

After the jury has been selected, they will return to the Courtroom to be sworn and advised of rules applicable to jurors. The trial will begin with opening statements on Monday, March 23, 2026, at 9:30 AM.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**