**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20552-DAMIAN**

**UNITED STTES OF AMERICA,**

Plaintiff,

v.

**DAVID RIVERA, and**
**ESTHER NUHFER**

Defendants.

_____/

**SECOND AMENDED ORDER PERMITTING PARTIES TO BRING**
**ELECTRONIC DEVICES INTO COURTHOUSE & COURTROOM FOR TRIAL**

It is hereby

**ORDERED** that the following individuals shall be permitted to bring and use the following equipment and electronic devices in the courtroom during the Jury Trial in this matter set to begin March 16, 2026, at 9:00 a.m., before the undersigned,  at the  James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Courtroom 4 - 10th Floor, Miami, Florida, 33132 and through the duration of the trial:

1.     Edward Shohat – Defense counsel - Cell phone and Laptop computer

2.     David S. Weinstein – Defense counsel -  Cell phone and Laptop computer

3.     Thomas Bardenwerper – Defense counsel - Cell phone and Laptop computer

4.     Carmen Alvarez  –  Defense legal assistant – Cell phone

6.     Aaron Washington –  Defense team –  Laptop computer, USB monitor, Dock, Mouse, Numeric keypad, Logitech Pointer, 3 HDMI Cables, HDMI Splitter, Extension cord, Printer, and Cellphone

7.     Melissa Hollinger –  Defense team –  Laptop computer, USB monitor, Dock, Mouse, Numeric keypad, Logitech Pointer, 3 HDMI Cables, HDMI Splitter, Extension cord, Printer, and Cellphone

8.     David Rivera –  Defendant –  Cell phone

9.     Esther Nuhfer –  Defendant – Cell phone

10.     David Markus –  Defense counsel  –  Cell phone, iPad, and computer

11.     Margot Moss –  Defense counsel –  Cell phone, iPad, and computer

12.     Melissa Madrigal – Defense team –   Cell phone, iPad, and computer

13.     Alex Enriquez – Defense team –   Cell phone and iPad

14.     Jorge Luis – Defense team – Computer and Cell phone

15.      Anthony Bustamante – Defense team – Computer and Cell phone

16.      Kristen Rodriguez  – Defense team – Cell phone, power strip, and printer.

*Counsel and any individuals indicated above are advised to bring a copy of this Order to present to the Court Security Officers when entering the Courthouse.*

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 19th day of March, 2026.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**

2