UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                        CASE NO. 22-cr-20552 -Damian/Valle

       Plaintiff,

v.

DAVID RIVERA,

       Defendants.

_____//

### NOTICE OF FILING DAVID RIVERA'S SECOND AMENDED WITNESS LIST

    Defendant, David Rivera, respectfully files the attached Second Amended Witness List.


Dated: March 20, 2026

                      Respectfully submitted,

                      **EDWARD R. SHOHAT, PA**
                      201 S. Biscayne Blvd., Suite 3000
                      Miami, FL 33131
                      Tel: (786) 525-3621
                      By: */s/ Edward R. Shohat*
                      **Edward R. Shohat**
                      Florida Bar No. 152634
                      ed@edwardrshohat.com

                      **JONES WALKER LLP**
                      201 S. Biscayne Blvd., Suite 3000
                      Miami, FL 33131
                      Tel: (305) 679-5700
                      By: */s/ David S. Weinstein*
                      **David S. Weinstein**
                      Florida Bar No. 749214
                      dweinstein@joneswalker.com
                      **Thomas P. Bardenwerper**
                      Florida Bar No. 1044458
                      tbardenwerper@joneswalker.com
                        *Counsel for David Rivera*


#111412146v1