**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-Cr-20552-Damian/Torres**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

     **Defendants.**

_____/

**NOTICE OF GOVERNMENT'S AMENDED EXHIBIT LIST**

The United States of America, by and through the undersigned attorneys, hereby submits

the government's amended exhibit list for its case-in-chief at trial, which is attached hereto.

The government further requests leave to add any additional exhibits that may become

necessary during the course of trial.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:      /s/ Harold E. Schimkat
              Harold E. Schimkat, AUSA
              Roger Cruz, AUSA
              Court ID No. A5500567
              Fla. Bar No. 157971
              99 N.E. 4th Street, 4th Floor
              Miami, Florida 33128
              Office: (305) 961-9298
              Cell: (786) 378-4344
              Harold.schimkat@usdoj.gov

&

1

David J. Ryan
Trial Attorney, National Security Division
Special Bar ID No. A5503306
District of Columbia Bar No. 888325195
950 Pennsylvania Ave., NW, Room 7700
Washington, DC 20530
Tel: (202) 353-7842
David.ryan2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

 /s/
David J. Ryan
