# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-CR-20552-MD-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) VOLUME IX |
| | ) PAGES: 1 - 330 |
| | ) |
| | ) |
| VS. | ) DATE OF PROCEEDINGS: |
| | ) MARCH 30,2026 |
| | ) |
| | ) COURTROOM - 1061 |
| DAVID RIVERA AND | ) THE JAMES LAWRENCE KING |
| ESTHER NUHFER, | ) FEDERAL JUSTICE |
| | ) BUILDING |
| _____DEFENDANTS._____ | ) |

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE,
AT 99 N.E. FOURTH STREET,
MIAMI, FLORIDA, 33132.

**APPEARANCES**

| | |
|---|---|
| FOR THE GOVERNMENT: | HAROLD E. SCHIMKAT, ESQ., |
| | ROGER CRUZ, ESQ., |
| | DAVID RYAN, ESQ. |
| | UNITED STATES ATTORNEY'S OFFICE |
| | 99 NE FOURTH STREET |
| | 4TH FLOOR |
| | MIAMI, FLORIDA 33132 |
| | |
| FOR THE DEFENDANT, | EDWARD ROBERT SHOHAT, ESQ. |
| DAVID RIVERA: | EDWARD R. SHOHAT, PA |
| | 201 S. BISCAYNE BLVD. |
| | SUITE 3000 |
| | MIAMI, FLORIDA 33131 |

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail: Quanincia_hill@flsd.uscourts.gov*

Q. You testified earlier that you've never seen that contract for $50 million, but you -- again, just for purposes of what you did and conversations you had with Rivera, did you see that there were reports of millions of dollars paid to him and Esther Nuhfer?

A. Correct.

Q. Now, regarding your conversation with Rivera, did he call you to discuss what was said by him in the papers, Ms. Cabrera Morris?

A. I don't know if he called me specifically for that, but that absolutely was part of our conversation. It was a strong conversation because my -- do you want me to keep going?

Q. Yes. Go ahead.

A. My understanding is we were splitting an amount of money to do all of this work at the beginning, and I got paid two hundred and-some-thousand dollars. So if we were splitting it, that meant they got each $200,000.

Q. You told us earlier -- I know it's been a bit -- and your testimony this morning that you had conversations with Esther Nuhfer about the splitting of these payments.

Tell us now what conversations you had with her regarding the splitting of fees that you-all received based on what you recall.

A. So I got this amount of money. That is part of what I do for living, right? I got paid for what I did. But then the

papers showed that they had gotten paid $50 million.

**ATTORNEY MOSS:** Objection, Your Honor, to "what the paper showed."

**THE COURT:** The paper that we're looking at?

**ATTORNEY MOSS:** No. Something completely different.

**THE WITNESS:** It was about my conversation.

**THE COURT:** So what paper were you referring to that showed that?

**AUSA CRUZ:** I can lay a foundation, Your Honor.

**THE COURT:** Okay.

Q. (By AUSA Cruz) Ma'am, did you have conversations with Defendant Rivera regarding things that he said to newspapers in which he was quoted about what, if anything, he did with money that he received in this case?

A. I did.

Q. And did you ask him in that conversation about if he received any of the millions of dollars that were reported in newspaper articles that you discussed with Rivera?

A. I did.

Q. And what did the Defendant Rivera tell you about whether or not he received for his own benefit the millions of dollars that were reported?

A. They did, and he used that to help with the opposition, you know, how do you think things get done? So the money that I received was not really a split between three people. I don't

know what that -- how the calculation was made about what I received.

Q.   Based on your recollection -- I'm now focussing on the conversation you're having with David Rivera about his claims of spending his money on the opposition.  Okay?  I'd like to focus on that, at least.

As far as names, did he provide any names that you were familiar with as far as what he claimed to use the money to fund?

A.   No.

Q.   Do you remember him mentioning the people that you met, Borges and other people?

A.   No.  But there were insurrections going on at that time in Venezuela in the streets.  So somebody had to pay for that.

Q.   Did you then ask Mr. Rivera why he kept talking to the newspapers about these events because they were writing stories that he didn't like?

Do you remember those conversations?

A.   I do.

Q.   What was his response as far as why he kept speaking to newspaper reporters that would quote him directly, ma'am?  What did he say to you?

A.   Well, he lied.  You know, he didn't care about -- you know, he'd get -- the Miami Herald was not one of his best friends.  So he didn't care if they kept his name alive.

Q.   Did he say anything along the lines that he liked his name in the papers?

A.   Yes.

**ATTORNEY SHOHAT:**  Objection.

Q.   (By AUSA Cruz)   Did he say that, though?

A.   Yes.

**THE COURT:**  What was the objection, Mr. Shohat?

**ATTORNEY SHOHAT:**  I'll withdraw it, Judge.

**THE COURT:**  Okay.

Q.   (By AUSA Cruz)   You said earlier that they asked you for a refund.  Do you remember that testimony?

A.   Yes.  Very sad day.

Q.   I'd like to ask you a few questions about they and who and what was said.  Okay?  Yes?

A.   Yes.

Q.   Who asked you to return the money that you were paid under your contract with David Rivera's Interamerican Consulting?

A.   David asked me that the company that he was representing had asked for the money back.

Q.   What did he say specifically about the money and why he wanted you to return it?

A.   Because the company he was working with was not happy with the outcome, so they wanted their money back.  The outcome, not just of me, but the outcome of what had been done.

Q.   So Rivera wanted you to give him the money back that you