**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-CR-20552-Damian/Torres**


**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

**Defendants.**

_____/

## THE PARTIES' PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

The parties have prepared the following document which sets forth the proposed jury instructions.  Most of the instructions have been agreed to.  The disagreements are noted as follows: Instructions and wording that are ~~crossed out~~ are objected to by the defense, while instructions and wording that are underlined are objected to by the government.

In addition, the parties disagree on whether the FARA exceptions are affirmative defenses or whether the government must prove that they do not apply. The parties plan on briefing this issue.

## B1 – Introduction

<u>COURT'S INSTRUCTIONS</u>
<u>TO THE JURY</u>

Members of the Jury:

It's my duty to instruct you on the rules of law that you must use in deciding this case. After I've completed these instructions, you will go to the jury room and begin your discussions – what we call your deliberations.

You must decide whether the Government has proved the specific facts necessary to find the Defendant guilty beyond a reasonable doubt.

**B2.1**
**The Duty to Follow Instructions And the Presumption of Innocence**

Your decision must be based only on the evidence presented here. You must not be influenced in any way by either sympathy for or prejudice against the Defendants or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a defendant isn't evidence of guilt. The law presumes every defendant is innocent. The Defendants do not have to prove their innocence or produce any evidence at all. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendants not guilty.

**B2.2**
**The Duty to Follow Instructions and the Presumption of Innocence**
**When a Defendant Does Not Testify**

Your decision must be based only on the evidence presented during the trial. You must not be influenced in any way by either sympathy for or prejudice against the Defendants or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a defendant isn't evidence of guilt. The law presumes every defendant is innocent. The Defendants do not have to prove their innocence or produce any evidence at all. A defendant does not have to testify, and you cannot consider in any way the fact that the Defendant did not testify. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendant not guilty.

**B3**
**Definition of "Reasonable Doubt"**

The Government's burden of proof is heavy, but it doesn't have to prove a Defendant's guilt beyond all <u>possible</u> doubt. The Government's proof only has to exclude any "reasonable doubt" concerning each Defendant's guilt.

A "reasonable doubt" is a real doubt, based on your reason and common sense after you've carefully and impartially considered all the evidence in the case.

"Proof beyond a reasonable doubt" is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs. If you are convinced that each Defendant has been proved guilty beyond a reasonable doubt, say so. If you are not convinced, say so.

**B4**
**Consideration of Direct and Circumstantial Evidence;**
**Argument of Counsel; Comments by the Court**

As I said before, you must consider only the evidence that I have admitted in the case. Evidence includes the testimony of witnesses and the exhibits admitted. But, anything the lawyers say is not evidence and isn't binding on you.

You shouldn't assume from anything I've said that I have any opinion about any factual issue in this case. Except for my instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own decision about the facts.

Your own recollection and interpretation of the evidence is what matters.

In considering the evidence you may use reasoning and common sense to make deductions and reach conclusions. You shouldn't be concerned about whether the evidence is direct or circumstantial.

"Direct evidence" is the testimony of a person who asserts that he or she has actual knowledge of a fact, such as an eyewitness.

"Circumstantial evidence" is proof of a chain of facts and circumstances that tend to prove or disprove a fact. There's no legal difference in the weight you may give to either direct or circumstantial evidence.

**B5**
**Credibility of Witnesses**

When I say you must consider all the evidence, I don't mean that you must accept all the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. The number of witnesses testifying concerning a particular point doesn't necessarily matter.

To decide whether you believe any witness I suggest that you ask yourself a few questions:

- Did the witness impress you as one who was telling the truth?

- Did the witness have any particular reason not to tell the truth?

- Did the witness have a personal interest in the outcome of the case?

- Did the witness seem to have a good memory?

- Did the witness have the opportunity and ability to accurately observe the things he or she testified about?

- Did the witness appear to understand the questions clearly and answer them directly?

- Did the witness's testimony differ from other testimony or other evidence?

**B6.2**
**Impeachment of Witnesses Because of Inconsistent Statements or Felony Conviction**

You should also ask yourself whether there was evidence that a witness testified falsely about an important fact. And ask whether there was evidence that at some other time a witness said or did something, or didn't say or do something, that was different from the testimony the witness gave during this trial.

To decide whether you believe a witness, you may consider the fact that the witness has been convicted of a felony or a crime involving dishonesty or a false statement. But keep in mind that a simple mistake doesn't mean a witness wasn't telling the truth as he or she remembers it. People naturally tend to forget some things or remember them inaccurately. So, if a witness misstated something, you must decide whether it was because of an innocent lapse in memory or an intentional deception. The significance of the misstatement may depend on whether the misstatement was about an important fact or about an unimportant detail.

**B6.5**
**Impeachment of Witnesses Because of Inconsistent Statements or Felony Conviction**
**(Defendant with no Felony Conviction Testifies)**

You should also ask yourself whether there was evidence that a witness testified falsely about an important fact. And ask whether there was evidence that at some other time a witness said or did something, or didn't say or do something, that was different from the testimony the witness gave during this trial.

To decide whether you believe a witness, you may consider the fact that the witness has been convicted of a felony or a crime involving dishonesty or a false statement. But keep in mind that a simple mistake doesn't mean a witness wasn't telling the truth as he or she remembers it. People naturally tend to forget some things or remember them inaccurately. So, if a witness misstated something, you must decide whether it was because of an innocent lapse in memory or an intentional deception. The significance of the misstatement may depend on whether the misstatement was about an important fact or about an unimportant detail.

A defendant has a right not to testify. But since the Defendant did testify, you should decide whether you believe the Defendant's testimony in the same way as that of any other witness.

**B7**
**Expert Witness**

When scientific, technical or other specialized knowledge might be helpful, a person who has special training or experience in that field is allowed to state an opinion about the matter.

But that doesn't mean you must accept the witness's opinion. As with any other witness's testimony, you must decide for yourself whether to rely upon the opinion.

**Persons Not on Trial**

There are people whose names you heard during the trial but who did not testify. One or more of the attorneys has referred to their absence from the trial. I instruct you that each party had an equal opportunity or lack of opportunity to call any of these witnesses. Therefore, you should not draw any inferences or reach any conclusions as to what they would have testified to had they been called. You should remember my instruction, however, that the law does not impose on a Defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.

In addition, some of the people who may have been involved in these events are not on trial. This does not matter. There is no requirement that all members of a conspiracy or all co-defendants be charged and prosecuted in one proceeding. You may not draw any inference, favorable or unfavorable, towards the Government or the Defendant from the fact that any person in addition to the Defendant before you is not on trial here. You may also not speculate as to the reasons why other persons are not on trial.

**~~Uncalled Witnesses—Equally Available to Both Sides~~**

~~There are people whose names you heard during the course of the trial but did not testify.  One or more of the attorneys has referred to their absence from the trial. I instruct you that each party had an equal opportunity or lack of opportunity to call any of these witnesses.  Therefore, you should not draw any inferences or reach any conclusions as to what they would have testified to had they been called.~~

~~You should remember my instruction, however, that the law does not impose on a Defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.~~

## S5
## Note-taking

You've been permitted to take notes during the trial. Most of you – perhaps all of you – have taken advantage of that opportunity.

You must use your notes only as a memory aid during deliberations. You must not give your notes priority over your independent recollection of the evidence. And you must not allow yourself to be unduly influenced by the notes of other jurors.

I emphasize that notes are not entitled to any greater weight than your memories or impressions about the testimony.

**T4**
**Explanatory Instruction**
**Role of the Interpreter**

We seek a fair trial for all regardless of what language they speak. We are going to have an interpreter assist us through these proceedings, and you should know what they can do and what they cannot do. Basically, the interpreter is here only to help us communicate during the proceedings. The interpreter is not a party in the case, has no interest in the case, and will be completely neutral. Accordingly, the interpreter is not working for either party. The interpreter's sole responsibility is to enable us to communicate with each other.

Treat the interpreter of the witness's testimony as if the witness had spoken English and no interpreter was present. Do not allow the fact that testimony is given in a language other than English influence you in any way.

If any of you understand the language of the witness, disregard completely what the witness says in that person's language. Consider as evidence only what is provided by the interpreter in English. If you think an interpreter has made a mistake, you may bring it to the attention of the Court, but you should make your deliberations on the basis of the official interpretation.

**B8**
**Introduction to Offense Instructions**

The indictment charges eight separate crimes, called "counts," against one or both Defendants. Each count has a number. You'll be given a copy of the indictment to refer to during your deliberations.

Count 1 charges that the Defendants knowingly and willfully conspired to act and cause others to act in the United States as an agent of a foreign principal, namely, the Government of Venezuela, without registering with the Attorney General as required by law, in violation of the Foreign Agents Registration Act, or "FARA."

Count 2 charges that Defendants Rivera and Nuhfer each committed what is called a "substantive offense," specifically, to willfully act or cause another person to act in the United States as an agent of a foreign principal, namely, the Government of Venezuela, without registering with the Attorney General as required by law, in violation of FARA. I will explain the law governing this substantive offense in a moment.

But first note that the Defendants are not charged in Count 1 with committing a substantive violation of FARA – they are charged with <u>conspiring</u> to commit that offense.

I will also give you specific instructions on conspiracy.

Count 3 charges that the Defendants knowingly and voluntarily conspired to engage in one or more monetary transactions affecting interstate or foreign

15

commerce, by, through, or to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity.

It is further charged that the specified unlawful activity was willfully acting ~~and causing others to act~~ in the United States as an agent of a foreign principal, namely, the Government of Venezuela, without registering with the Attorney General as required by law, in violation of FARA.

Counts 4 through 8 charge that Rivera or Nuhfer committed the offense of knowingly engaging in monetary transactions affecting interstate or foreign commerce, by, through, or to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity.

Again, the specified unlawful activity was willfully acting ~~and causing others to act~~ in the United States as an agent of a foreign principal, namely, the Government of Venezuela, without registering with the Attorney General as required by law, in violation of FARA.

## B8.1

## Conjunctively Charged Counts

Where a statute specifies multiple alternative ways in which an offense may be committed, the indictment may allege the multiple ways in the conjunctive, that is, by using the word "and."  If only one of the alternatives is proved beyond a reasonable doubt, that is sufficient for conviction, so long as you agree unanimously as to that alternative.

## O13.1
## General Conspiracy Charge
## 18 U.S.C. § 371

Count 1 charges the Defendants with conspiring to violate the Foreign Agents Registration Act, or "FARA."  Regarding the alleged object of the conspiracy — specifically, to violate FARA — I will separately explain the elements of that offense to you in a moment.

It's a separate Federal crime for anyone to conspire or agree with someone else to do something that would be another Federal crime if it was actually carried out.

A "conspiracy" is an agreement by two or more people to commit an unlawful act. In other words, it is a kind of "partnership" for criminal purposes. Every member of a conspiracy becomes the agent or partner of every other member.

The Government does not have to prove that all the people named in the indictment were members of the plan, or that those who were members made any kind of formal agreement.

The Government does not have to prove that the members planned together all the details of the plan or the "overt acts" that the indictment charges would be carried out in an effort to commit the intended crime.

The heart of a conspiracy is the making of the unlawful plan itself followed by the commission of any overt act. The Government does not have to prove that the conspirators succeeded in carrying out the plan.

The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) two or more persons in some way agreed to try to accomplish a shared and unlawful plan, that is, to violate FARA;

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it;

(3) during the conspiracy, one of the conspirators knowingly engaged in at least one overt act as described in the indictment; and

(4) the overt act was committed at or about the time alleged and with the purpose of carrying out or accomplishing some object of the conspiracy.

An "overt act" is any transaction or event, even one that may be entirely innocent when viewed alone, that a conspirator commits to accomplish some object of the conspiracy.

A person may be a conspirator without knowing all the details of the unlawful plan or the names and identities of all the other alleged conspirators.

If the Defendant played only a minor part in the plan but had a general understanding of the unlawful purpose of the plan and willfully joined in the plan on at least one occasion, that's sufficient for you to find the Defendant guilty.

But simply being present at the scene of an event or merely associating with certain people and discussing common goals and interests doesn't establish proof of a conspiracy. A person who doesn't know about a conspiracy but happens to act in a way that advances some purpose of one doesn't automatically become a conspirator.

**Violation of the Foreign Agents Registration Act – Substantive**

In Count 2 of the Indictment, the Defendants are each charged with a substantive violation of FARA.  As I previously explained, the Defendants are also charged, in Count 1, with conspiring to violate FARA, which is a separate crime under federal law as I have instructed you.

In relevant part, FARA states that: "No person shall act as an agent of a foreign principal unless he has filed with the Attorney General a true and complete registration statement . . . as required by [law]."

In order for you to find a Defendant guilty of Count 2, the government must prove each the following elements beyond a reasonable doubt:

First, that the Defendant acted in the United States as an agent of a foreign principal, in this case the Government of Venezuela;

Second, that the Defendant failed to submit a true and complete registration statement with the Attorney General of the United States detailing information about the Defendant's foreign agency, as required by law; and

Third, that the defendant acted knowingly and willfully.

FARA defines a "foreign principal" to include any foreign government or political party; any person outside the United States, apart from U.S. citizens who live within the United States; and any entity organized under the laws of a foreign country or having its principal place of business in a foreign country.

21

An "agent of a foreign principal" is any person who acts as an agent, representative, employee, or servant of a foreign principal, or who acts in any other capacity at the order or request, or under the direction or control of a foreign principal or of a person whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign principal, and who directly or through any other person engages in certain conduct within the United States.

Two types of conduct in the United States are alleged in this case, either of which is sufficient to be an agent of a foreign principal: (1) engaging in or agreeing to engage in political activities for or in the interests of the foreign principal; and (2) representing or agreeing to represent the interests of the foreign principal before any agency or official of the United States government.

An agent of a foreign principal also includes any person who agrees, consents, assumes, or purports to act as, or holds him or herself out to be, whether or not pursuant to a contractual relationship, an agent of a foreign principal.

The term "political activities" means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public

interests, policies, or relations of a government of a foreign country or a foreign political party.

As I have instructed, a person can be an "agent of a foreign principal" if he or she acts at a foreign principal's "request." Regarding such requests, you must consider whether the Defendant merely acted independently—for example, by stating his or her own personal views that just happen to align with those of the foreign principal. ~~It is not necessary for the foreign principal to have control over the Defendant in the same way that an employer has control over an employee. In addition, a person is an agent of a foreign principal if he or she acts at the request of an individual or entity whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign principal such as the Government of Venezuela.~~

The agency relationship between a defendant and a foreign principal may be established either by direct contact between the agent and foreign principal or through an intermediary or intermediaries. An agreement to act as an agent of a foreign principal does not need to be contractual or formalized, nor must payment or other compensation be received or bargained for. The law also does not require that an agent be effective or successful, or that they act with any particular motive, and the goal of their actions need not be directly contrary to U.S. government

23

interests. Moreover, the law does not require that the actions taken on behalf of a foreign principal be done covertly or in secret.

You do not need to find that either Defendant was an agent of the Government of Venezuela during the entire time period of February 2017 to December 2018 involving the alleged criminal conduct. If all jurors agree that the government has shown beyond a reasonable doubt that a Defendant was an agent of the Government of Venezuela at any time within that time period, and the government has also proven beyond a reasonable doubt the other elements of the offense as I have instructed, then you must find that Defendant guilty of violating FARA.

Acting "at the order, request, or under the direction or control" of a foreign principal requires that the principal exercise some form of authority over the Defendant. To satisfy this element, the Government must prove that a foreign principal established a particular course of conduct to be followed, and that Defendants then responded to and complied with that specified course of conduct. The circumstances must evince some level of power by the principal over the agent or some sense of obligation on the part of the agent to achieve the principal's request.

A person also has to do more than act in parallel with a foreign government's interests or independently pursuing a mutual goal. Merely cooperating with representatives of a foreign government does not make somebody a foreign agent.

24

Just because a Defendant's action may benefit a foreign principal does not mean the Defendant is acting on behalf of that foreign principal.

It is not enough for a Defendant to want to be an agent of the foreign government or official, or that the foreign government or official wants an individual to be its agent. Rather, the Government has to prove that they both agreed to the arrangement.

Regarding the third element of willfulness: "willfully" means that the act was committed voluntarily and purposely, with the intent to do something the law forbids; that is, with the bad purpose to disobey or disregard the law. In this context, a Defendant acts intentionally if they deliberately and purposefully acted as an agent without providing notice, as defined by the statute. A Defendant's conduct is not "willful" if it was the result of negligence, inadvertence, mistake, or a good faith misunderstanding of the requirements of the law. While a person must have acted with the intent to do something the law forbids before you can find that the person acted "willfully," the person need not be aware of the specific law or rule that his or her conduct may be violating.

In addition to the elements of the crime charged above that I described for you, you have to also decide whether each of the charged crimes was committed, in whole or in part, within the Southern District of Florida. That is a concept the law refers to as venue. The Government's obligation is to prove venue by a

25

preponderance of the evidence, that is less than proving everything else they have to prove beyond a reasonable doubt.

To prove something by a preponderance of the evidence means to prove that it is more likely true than not true. It is determined by considering all of the evidence and deciding which evidence is more convincing. If the evidence appears to be equally balanced or if you cannot say upon which side it weighs heavier, then you have to resolve this question against the Government, in favor of the defendant.

Venue is proper in the Southern District of Florida only if the charged offense was begun, continued, or completed in this district. Venue is not proper in the Southern District of Florida if the only acts performed by the defendant were merely preparatory to the offense and not part of the conduct constituting the offense.

The defense contests venue with respect to Count Two, the substantive FARA count.  With respect to Count Two, the Government must prove that a defendant acted as an agent of Venezuela within the Southern District of Florida, without having given prior notification to the Attorney General.

## Counts 1 and 2 – Activities Not Predominantly for Foreign Interest

It is important to note that FARA has an exemption which provides that registration is not required for a foreign agent engaging only in activities not serving predominantly a foreign interest. If you find that Defendants only engaged or agreed to engage in activities that did not predominantly serve a foreign interest, then Defendants' conduct (failing to register) would be legal under FARA. This exception applies to both Counts 1 and 2.

Thus, it's not enough that you find the evidence proves the Defendants were an agent of a foreign principal if you find that the Defendants engaged or agreed to engage in only activity that did not predominately serve a foreign interest, meaning that those activities were either equally or predominately serving a domestic interest, that is the interests of the United States, then the Defendants' conduct wouldn't violate FARA.

Even if you find that the government has proven that Mr. Rivera or Ms. Nuhfer were agents of a foreign principal, you must find them not guilty of Counts 1 and 2 unless the government proves beyond a reasonable doubt that their activities did serve predominantly a foreign interest.

## Counts 1 and 2 – Commercial Exemption

FARA has another exemption, which provides that any person engaging in or agreeing to engage only in private and nonpolitical activities in furtherance of a bona fide trade or commerce of a foreign principal is not required to register under FARA. If you find that the Defendants only engaged or agreed to engage in private and nonpolitical activities in furtherance of bona fide trade or commerce, the Defendants' conduct would be legal under FARA. This exception applies to both Counts 1 and 2.

Trade or commerce includes the exchange, transfer, purchase, or sale of commodities, services, or property of any kind. Activities of an agent of a foreign principal in furtherance of the bona fide trade or commerce of such foreign principal, shall be considered "private," even though the foreign principal is owned or controlled by a foreign government, so long as the activities do not directly promote the public or political interests of the foreign government.

Even if you find that the government has proven that Mr. Rivera or Mrs. Nuhfer were agents of a foreign principal, you must find them not guilty of Counts 1 and 2 unless the Government proves beyond a reasonable doubt that the Defendants' activities were not private, nonpolitical activities in furtherance of a bona fide trade or commerce.

**Counts 1 and 2 – Employee Exemption**

FARA has another exemption, the so-called employee exemption. This exception applies to both Counts 1 and 2.

Under FARA, an employee or agent of a registrant is required to file a short form registration statement—as opposed to the ordinary registration that must be completed by an agent of a foreign principal. Mrs. Nuhfer would be required to submit a short form registration if you find that Mr. Rivera was an agent of the Venezuelan Government who had to register under FARA, and that Mrs. Nuhfer was an employee or agent of Mr. Rivera. But there are two exceptions from the obligation to file a short form registration that you may find applicable to Mrs. Nuhfer.

First, an employee or agent of a registrant who does not engage directly in registrable activity in furtherance of the interests of the foreign principal is not required to file a short form registration statement.

Second, an employee or agent of a registrant whose services in furtherance of the interests of the foreign principal are rendered in a clerical, secretarial, or in a related or similar capacity, is not required to file a short form registration statement.

In the context of this case, if you find that neither Mr. Rivera nor Mrs. Nuhfer was an agent of a foreign principal who had to register under FARA, then you must conclude that neither of them violated FARA. But if you conclude that Mr. Rivera had a duty to register under FARA, and that Mrs. Nuhfer was an employee or agent

of Mr. Rivera and not herself an agent of a foreign principal, you must conclude that Mrs. Nuhfer had no duty to register under FARA if you find either that (1) Mrs. Nuhfer was an employee or agent of Mr. Rivera who did not engage directly in registrable activity in furtherance of the interests of the Government of Venezuela, or (2) if you find that Mrs. Nuhfer was an employee or agent of Mr. Rivera who did engage directly in registrable activity in furtherance of the interests of the Government of Venezuela, but she rendered those services in a clerical, secretarial, or in a related or similar capacity.

**Count 1 and 2: Legal services exemption**

It is important to note that FARA contains an exemption for lawyers. The law provides that a person who is qualified to practice law does not have to register under FARA if that person engages only in the legal representation of a disclosed foreign principal before a court of law or a United States government agency.

This exemption applies when a lawyer's activities are limited to legal representation in the course of judicial proceedings, criminal or civil law enforcement inquiries, investigations, or agency proceedings that are required by law to be conducted on the record.

However, the exemption does not apply if the person attempts to influence or persuade government officials or agency personnel outside of those types of proceedings or investigations.

Therefore, if you find that any defendant engaged only in efforts to secure or provide legal representation for a disclosed foreign principal in connection with legal proceedings, investigations, or similar legal matters before a court or government agency, then that conduct would fall within the legal representation exemption and would not require registration under FARA.

Even if you find that the government has proven that a defendant acted as an agent of a foreign principal, you must find the defendant not guilty of the FARA counts unless the government proves beyond a reasonable doubt that the defendant's

31

activities went beyond legal representation and included attempts to influence or persuade government officials outside the course of judicial proceedings, law enforcement inquiries, investigations, or agency proceedings required to be conducted on the record.

**STATUTE OF LIMITATIONS**

The defendants have raised a statute of limitations defense.

The law provides that a person cannot be convicted of a violation of the Foreign Agents Registration Act unless the indictment was returned within five years of the offense. The indictment in this case was returned on November 16, 2022.

The government has the burden of proving beyond a reasonable doubt that the prosecution was started within the five-year statute of limitations.

In a case alleging a failure to register under the Foreign Agents Registration Act, the statute of limitations begins to run when the defendant's obligation to register ends. Therefore, in order to determine whether the charges were brought within the statute of limitations, you must determine when the defendant's obligation to register, if any, ended.

If you find beyond a reasonable doubt that the defendant's obligation to register ended on or after November 16, 2017, then the prosecution was brought within the statute of limitations.

If you find that the defendant's obligation to register ended before November 16, 2017, then the prosecution is barred by the statute of limitations, and you must find the defendant not guilty.

The government has the burden of proving beyond a reasonable doubt that the prosecution was brought within the statute of limitations.  If you have a reasonable

33

doubt about whether the prosecution was brought within the statute of limitations, you must find the defendant not guilty.

## O74.5
## Money Laundering Conspiracy
## 18 U.S.C. § 1956(h)

Regarding Count 3 of the indictment, it's a Federal crime to conspire to engage in a transaction involving the proceeds of specified unlawful activity that violates Title 18, United States Code, Section 1957.

The elements for a substantive violation of 18 U.S.C. § 1957 – each of which must be proved beyond a reasonable doubt -- are that:

(1) the Defendant knowingly engaged or attempted to engage in a monetary transaction;

(2) the Defendant knew the transaction involved property or funds that were the proceeds of some criminal activity;

(3) the property had a value of more than $10,000;

(4) the property was in fact proceeds of the violation of the Foreign Agents Registration Act; and

(5) the transaction took place in the United States.

As I will explain later, Counts 4 through 8 of the Indictment each charge one of the Defendants individually with a substantive violation of 18 U.S.C. § 1957. For Count 3 of the Indictment, both Defendants are charged with conspiring to commit this offense, which is a separate crime as I have already instructed you.

A "conspiracy" is an agreement by two or more persons to commit an unlawful act. In other words, it is a kind of partnership for criminal purposes.

35

Every member of the conspiracy becomes the agent or partner of every other member.

The Government does not have to prove that all the people named in the indictment were members of the plan, or that those who were members made any kind of formal agreement. The heart of a conspiracy is the making of the unlawful plan itself, so the Government does not have to prove that the conspirators succeeded in carrying out the plan.

Each Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) two or more people agreed to try to accomplish a common and unlawful plan to violate 18 U.S.C. Section 1957; and

(2) the Defendant knew about the plan's unlawful purpose and voluntarily joined in it.

A person may be a conspirator even without knowing all the details of the unlawful plan or the names and identities of all the other alleged conspirators.

If either Defendant played only a minor part in the plan but had a general understanding of the unlawful purpose of the plan – and voluntarily joined in the plan on at least one occasion – that's sufficient for you to find that Defendant guilty.

But simply being present at the scene of an event or merely associating with certain people and discussing common goals and interests doesn't establish proof of a conspiracy. Also a person who doesn't know about a conspiracy but happens

to act in a way that advances some purpose of one doesn't automatically become

a conspirator.

## O74.6
## Money Laundering
## 18 U.S.C. § 1957

With respect to Counts 4 through 8, it's a Federal crime for anyone to engage in certain kinds of financial transactions, commonly known as money laundering, in violation of Title 18, United States Code, Section 1957.

The Defendants can be found guilty of this offense only if all the following are proved beyond a reasonable doubt:

(1) the Defendant knowingly engaged or attempted to engage in a monetary transaction;

(2) the Defendant knew the transaction involved property or funds that were the proceeds of some criminal activity;

(3) the property had a value of more than $10,000;

(4) the property was in fact proceeds of the violation of the Foreign Agents Registration Act; and

(5) the transaction took place in the United States.

The term "monetary transaction" means the deposit or transfer of funds or a monetary instrument by, through, or to a financial institution in a way that affects interstate commerce.

A "financial institution" means an insured bank; a commercial bank or trust company; an issuer, redeemer, or cashier of checks, money orders, or similar instruments; persons involved in real estate closings and settlements; or a loan or finance company.

The term "proceeds" means any property derived from or obtained or retained, directly or indirectly, through some form of unlawful activity, including the gross receipts of the activity.

It doesn't matter whether the Defendant knew the precise nature of the crime or that the property came from committing violations of FARA. But the Government must prove that the Defendant knew that the property involved in the monetary transaction was obtained or derived from committing some crime.

Also it doesn't matter whether all the property involved was derived from a crime. The Government only has to prove that $10,000 worth of the property was obtained or derived from committing a crime.

**<u>Theory of the Defense</u>**

[Defendants intend to request an instruction on the defense theory of the case. Defendants reserve their right to submit that request at the close of trial.]

**Good-Faith Defense**

Good faith is a complete defense to each charge in the Superseding Indictment since good faith on the part of the Defendant is inconsistent with willfulness, which is an essential part of the charges.  The burden of proof is not on the Defendants to prove good faith, of course, since the Defendants have no burden to prove anything. The Government must establish beyond a reasonable doubt that the Defendants acted with specific intent as charged in the Superseding Indictment.

One who expresses an honestly held opinion, or an honestly formed belief, is not chargeable with fraudulent intent even though the opinion is erroneous, or the belief is mistaken; and, similarly, evidence which establishes only that a person made a mistake in judgment or an error in management, or was careless, does not establish that Defendants acted with specific intent as charged in the Superseding Indictment.

Regarding Counts 1 and 2, if you find that the Defendants believed that they did not have to register under FARA because they reasonably believed that the Consulting Agreement was with a U.S. company and not with a "foreign principal," then Defendants' conduct would not violate FARA. The same is true with regard to any of the activities alleged in the Superseding Indictment, that is, to find the Defendants guilty you must find beyond a reasonable doubt that the defendants

believed and intended that any such activities were directed by a foreign principal as defined earlier in these instructions.

Regarding Counts 1 and 2, if you find that the Defendants believed that they did not have to register under FARA because their conduct was nonpolitical, commercial activity, then Defendants' conduct would not violate FARA.

In addition, regarding Counts 1 and 2, if you find that the Defendants believed that they did not have to register under FARA because their conduct did not predominantly serve a foreign interest, then the Defendants' conduct would not violate FARA.

Regarding Counts 1 and 2, if you find that Defendant Nuhfer believed that she did not have to register under FARA because she was not engaged directly in registrable activity, then her conduct would not violate FARA.

Regarding Counts 1 and 2, if you find that Defendant Nuhfer believed that she did not have to register under FARA because she was acting as an employee or agent of David Rivera by rendering clerical, secretarial, or similar services, then her conduct would not violate FARA.

**B9.1A**

**Knowingly; Willfully – General**

The word "knowingly" means that an act was done voluntarily and intentionally and not because of a mistake or by accident.

The word "willfully" means that the act was committed voluntarily and purposely, with the intent to do something the law forbids; that is, with the bad purpose to disobey or disregard the law. While a person must have acted with the intent to do something the law forbids before you can find that the person acted "willfully," the person need not be aware of the specific law or rule that his conduct may be violating.

## S7
## Aiding and Abetting; Agency
## 18 U.S.C. § 2

It's possible to prove the Defendant guilty of a crime even without evidence that the Defendant personally performed every act charged.

Ordinarily, any act a person can do may be done by directing another person, or "agent." Or it may be done by acting with or under the direction of others.

A Defendant "aids and abets" a person if the Defendant intentionally joins with the person to commit a crime.

A Defendant is criminally responsible for the acts of another person if the Defendant aids and abets the other person. A Defendant is also responsible if the Defendant willfully directs or authorizes the acts of an agent, employee, or other associate.

But finding that a Defendant is criminally responsible for the acts of another person requires proof that the Defendant intentionally associated with or participated in the crime—not just proof that the Defendant was simply present at the scene of a crime or knew about it.

In other words, you must find beyond a reasonable doubt that the Defendant was a willful participant and not merely a knowing spectator.

44

**S12**
**<u>Character Evidence</u>**

Evidence of a Defendant's character traits may create a reasonable doubt. You should consider testimony that a Defendant is an honest and law-abiding citizen along with all the other evidence to decide whether the Government has proved beyond a reasonable doubt that the Defendant committed the offense.

## B9.2
## On or About a Particular Date

You'll see that the indictment charges that a crime was committed "on or about" a certain date. The Government doesn't have to prove that the offense occurred on an exact date. The Government only has to prove beyond a reasonable doubt that the crime was committed on a date reasonably close to the date alleged.

**B10.4**
**Caution: Punishment**
**(Multiple Defendants, Multiple Counts)**

Each count of the indictment charges a separate crime against one or more of the Defendants. You must consider each crime and the evidence relating to it separately. And you must consider the case of each Defendant separately and individually. If you find a Defendant guilty or not guilty of one crime, that must not affect your verdict for any other crime or any other Defendant.

I caution you that each Defendant is on trial only for the specific crimes charged in the indictment. You're here to determine from the evidence in this case whether each Defendant is guilty or not guilty of those specific crimes.

You must never consider punishment in any way to decide whether a Defendant is guilty or not guilty. If you find a Defendant guilty, the punishment is for the Judge alone to decide later.

**B11**
**Duty to Deliberate**

Your verdict, whether guilty or not guilty, must be unanimous – in other words, you must all agree. Your deliberations are secret, and you'll never have to explain your verdict to anyone.

Each of you must decide the case for yourself, but only after fully considering the evidence with the other jurors. So you must discuss the case with one another and try to reach an agreement. While you're discussing the case, don't hesitate to reexamine your own opinion and change your mind if you become convinced that you were wrong. But don't give up your honest beliefs just because others think differently or because you simply want to get the case over with.

Remember that, in a very real way, you're judges – judges of the facts. Your only interest is to seek the truth from the evidence in the case.

## B12
## Verdict

When you get to the jury room, choose one of your members to act as foreperson. The foreperson will direct your deliberations and will speak for you in court.

A verdict form has been prepared for your convenience.

[Explain verdict]

Take the verdict form with you to the jury room. When you've all agreed on the verdict, your foreperson must fill in the form, sign it, date it, and carry it. Then you'll return it to the courtroom.

If you wish to communicate with me at any time, please write down your message or question and give it to the marshal. The marshal will bring it to me and I'll respond as promptly as possible – either in writing or by talking to you in the courtroom. But I caution you not to tell me how many jurors have voted one way or the other at that time.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN/TORRES**

**UNITED STATES OF AMERICA**

 **vs.**

**DAVID RIVERA,**

 **Defendant.**

_____/

## VERDICT FORM

1.     As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _____     NOT GUILTY _____

2.     As to **Count 2** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _____     NOT GUILTY _____

3.     As to **Count 3** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _____     NOT GUILTY _____

50

4.      As to **Count 4** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY \_\_\_\_\_      NOT GUILTY \_\_\_\_\_

5.      As to **Count 5** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY \_\_\_\_\_      NOT GUILTY \_\_\_\_\_

6.      As to **Count 7** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY \_\_\_\_\_      NOT GUILTY \_\_\_\_\_

7.      As to **Count 8** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY \_\_\_\_\_      NOT GUILTY \_\_\_\_\_

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

**Dated:** _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN/TORRES**

**UNITED STATES OF AMERICA**

 **vs.**

**ESTHER NUHFER,**

   **Defendant.**

<u>**VERDICT FORM**</u>

1.   As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY _____   NOT GUILTY _____

2.   As to **Count 2** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY _____   NOT GUILTY _____

3.   As to **Count 3** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY _____   NOT GUILTY _____

[Remainder of page intentionally left blank]

4.      As to **Count 6** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY _____     NOT GUILTY _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

**Dated:** _____