**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**

vs.

**DAVID RIVERA,**

Defendant.

_____/

## **VERDICT FORM**

1.      As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _✓___      NOT GUILTY _____

2.      As to **Count 2** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _✓___      NOT GUILTY _____

3.      As to **Count 3** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _✓___      NOT GUILTY _____

4.      As to **Count 4** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY _✓___      NOT GUILTY _____

5.      As to **Count 5** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY __✓__      NOT GUILTY _____

6.      As to **Count 7** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY __✓__      NOT GUILTY _____

7.      As to **Count 8** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY __✓__      NOT GUILTY _____

**SO SAY WE ALL**

_____
**FOREPERSON OF THE JURY**

**Dated:** ___5/1/2026___

2