**Defendant David Rivera's Final Exhibit List**
*United States v. Rivera and Nuhfer*, 22-cr-20552

| DRX # | Title | Witness | Date Offered | Admitted |
|---|---|---|---|---|
| DRX-107 | Text thread between Julio Borges and David Rivera from 2017–2022 (with English translation) | Borges | 03/26/26 | Yes |
| DRX-196 | Email from Rivera to Members of Ballard Partners regarding Julio Borges and MUD | Ballard | 03/31/26 | Yes |
| DRX-197 | Email from Rivera to Members of Ballard Partners regarding Julio Borges and MUD | Ballard | 03/31/26 | Yes |
| DRX-203 | Original Arbitration Award between Venezuela and Exxon | Rodriguez | 04/27/26 | Yes |
| DRX 251A | Miguel Rodriguez Report to Ballard Partners regarding Dominican Republic Meetings | Ballard | 03/31/26 | Yes |
| DRX-253 | Full MIA group Chat 02/23/2017 to 10/19/2017 | Perera | 04/13/26 | Yes |
| DRX-255 | Email from David Rivera to Otto Reich regarding MUD | Ballard | 03/31/26 | Yes |
| DRX-261 | Annulment Decision from Arbitration between Venezuela and Exxon | Rodriguez | 04/27/26 | Yes |
| DRX-296 | Text Messages between David Rivera and Pete Sessions | Sessions | 04/27/26 | Yes |
| DRX-413 | Email from Bertica Cabrera Morris to Pete Sessions regarding V-Trip Update | Sessions | 04/27/26 | Yes |
| DRX-625 | Randy Ebner (Exxon) chats with Pete Sessions | Sessions | 04/27/26 | Yes |
| DRX-629 | Ballard Partners 2017 Lobbying Reports for Globovision | Ballard | 03/31/26 | Yes |
| DRX-634 | Email from Bertica Cabrera Morris to Pete Sessions regarding Talking Points | Sessions | 04/27/26 | Yes |
| DRX-681_Redacted | David Rivera and Marco Rubio Text Messages | Rubio | 03/24/26 | Yes |
| DRX-682 | Photo of David Rivera and Marco Rubio Photo from 1996 Election Night | Rubio | 03/24/26 | Yes |

1

**Defendant David Rivera's Final Exhibit List**
*United States v. Rivera and Nuhfer*, 22-cr-20552

| DRX # | Title | Witness | Date Offered | Admitted |
|---|---|---|---|---|
| DRX-683 | Photo of David Rivera, Marco Rubio, and Al Cardenas from 1996 Election Night | Rubio | 03/24/26 | Yes |
| DRX-687 | Photo of David Rivera and Marco Rubio from 1997 Campaign | Rubio | 03/24/26 | Yes |
| DRX-690 | Photo of David Rivera and Marco Rubio from 1999 | Rubio | 03/24/26 | Yes |
| DRX-693 | Photo of David Rivera, Marco Rubio, and Alina Garcia from 2004 | Rubio | 03/24/26 | Yes |
| DRX-698 | Photo of David Rivera and Marco Rubio from Florida State House in 2007 | Rubio | 03/24/26 | Yes |
| DRX-702 | Photo of David Rivera and Marco Rubio at 2006 Wedding | Rubio | 03/24/26 | Yes |
| DRX-723 | PDV USA, Inc.'s FARA Registration from 2020 | Gilday | 03/25/26 | Yes |
| DRX-743 | CITGO Flag Photo Comparison | Borges | 03/26/26 | Yes |
| DRX-744 | Text Messages between Bertica Cabrera Morris and Pete Sessions | Sessions | 04/27/26 | Yes |
| DRX-759 | Signed Invite from Henry Ramos Allup to Pete Sessions | Sessions | 04/27/26 | Yes |
| DRX-761 | Executive Order 13692 from the Federal Register | Cutz | 04/07/26 | Yes |
| DRX-776 | Full MIA Chat | Perera | 04/13/26 | Yes |
| DRX-778 | Photo of Hugo Perera with Harry Sargent and PDVSA President in Caracas | Perera | 04/10/26 | Yes |
| DRX-782 | Photo of Hugo Perera in Cuba | Perera | 04/10/26 | Yes |
| DRX-795 | Dr. Francisco Rodriguez Book Excerpt | Rodriguez | 04/27/26 | Yes |
| DRX-796 | Dr. Francisco Rodriguez Book Cover | Rodriguez | 04/27/26 | Yes |
| DRX-797 | Interglobal Yacht Management Filing with Florida Department of State | Brakha | 04/17/26 | Yes |
| DRX-798 | Interglobal Yacht Sales Filing with Florida Department of State | Brakha | 04/17/26 | Yes |
| DRX-811 | Rivera 7/26/2022 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |

**Defendant David Rivera's Final Exhibit List**
*United States v. Rivera and Nuhfer*, **22-cr-20552**

| DRX # | Title | Witness | Date Offered | Admitted |
|---|---|---|---|---|
| DRX-811T | Rivera 7/26/2022 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-812 | Rivera 7/26/2022 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-812T | Rivera 7/26/2022 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-815 | Rivera 7/27/2022 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-815T | Rivera 7/27/2022 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-816 | Rivera 7/27/2022 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-816T | Rivera 7/27/2022 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-817 | Rivera 7/27/2022 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-817T | Rivera 7/27/2022 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-818 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-818T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-819 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-819T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-820 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-820T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-821 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-821T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-822 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-822T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-823 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |
| DRX-823T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |
| DRX-824 | Rivera 4/29/2025 Deposition Excerpt - Video | Standalone | 04/27/26 | Yes |

**Defendant David Rivera's Final Exhibit List**
*United States v. Rivera and Nuhfer*, **22-cr-20552**

| DRX # | Title | Witness | Date Offered | Admitted |
|-------|-------|---------|--------------|----------|
| DRX-824T | Rivera 4/29/2025 Deposition Excerpt - Transcript | Standalone | 04/27/26 | Yes |