‹ 34  👤 **Julio Borges**  📹 📞

**Feb 22, 2017**

Hola David es Julio Borges  6:27 PM

*Hello David is Julio Borges*

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

*Hello President. I hope that all is well with you. It was a great honor meeting you. I hope to see you President. Regards*

Hola Presidente. Espero que todo este bien contigo. Fue un gran honor conocerte. Espero verte pronto Presidente. Saludos  6:52 PM ✔✔

**Feb 23, 2017**

David estamos en contacto por esta vía. Cualquier comentario o sugerencia es bienvenida. Gracias  6:23 AM

*David we will be in contact this way. Any comment or suggestion is welcomed. Thank you*

**Feb 24, 2017**

*Absolutely President. This week I will be in Washington and will have more information and reactions regarding all the subjects we spoke about. With absolute discretion President. Regards*

Absolutamente Presidente. Esta semana estare en Washington y tendre mas informacion y reacciones sobre todo los temas que hablamos. Con discrecion absoluta Presidente. Saludos  10:53 PM ✔✔

**Apr 2, 2017**

👤 **Pete Sessions**  ›

9:09 PM ✔✔

Message | Save Contact

*Hello, Esther is sending the information Pete*

Hola, Esther te manda la informacion Pete  9:10 PM ✔✔

Gusto en vernos hoy!

➕ [ ]  🔲 📷 🎤

DRDP-22-20522-SDFL_000555



DEFENDANT'S EXHIBIT
DRX 107
1:22-cr-20552-MD

DRX107-001



< 34    Julio Borges

**Apr 2, 2017**

Pete Sessions  >

9:09 PM ✓✓

Message          Save Contact

**Hello, Esther is sending the information Pete**

Hola, Esther te manda la informacion de Pete
9:10 PM ✓✓

**Nice to see you today!**

Gusto en vernos hoy!    9:11 PM ✓✓

Gracias David    10:15 PM          **Thanks David**

Gracias por todo lo que haces por Venezuela    10:15 PM          **Thanks for all that you do for Venezuela**

Remember    10:15 PM

Mas presion    10:15 PM          **More pressure**

Jajajaja    10:16 PM

**Apr 3, 2017**

**I understand perfectly well and I agree. Hope to see you soon. You are a great patriot and a hero for democracy and for me personally. Luck!**

Entiendo perfectamente bien y estoy de acuerdo. Espero verte pronto. Eres un gran patriota y un heroe para la democracia y para mi personalmente. Suerte!    7:58 AM ✓✓

**Apr 25, 2017**

**President, Raul told me that perhaps he will be in Washington next week. He is still interested in the National Press Club and official reunions. Let me know to start the job. Regards, David**

Presidente, Raul me dijo que quizas va a estar en Washington la semana que viene. Todavia esta interesado en el National Press Club y reuniones con oficiales? Avisame para empezar a trabajarlo. Saludos, David    9:25 AM ✓✓

DRDP-22-20522-SDFL_000556

DRX107-002

**34**   **Julio Borges**

Apr 3, 2017

I understand perfectly well and I agree. Hope to see you soon. You are a great patriot and a hero for democracy and for me personally.  Luck!

Entiendo perfectamente bien y estoy de acuerdo. Espero verte pronto. Eres un gran patriota y un heroe para la democracia y para mi personalmente. Suerte!   7:58 AM ✓✓

Apr 25, 2017

President, Raul told me that perhaps he will be in Washington next week. He is still interested in the National Press Club and official reunions.  Let me know to start the job.  Regards, David

Presidente, Raul me dijo que quizas va a estar en Washington la semana que viene. Todavia esta interesado en el National Press Club y reuniones con oficiales? Avisame para empezar a trabajarlo. Saludos, David   9:25 AM ✓✓

Hola   9:49 AM   Hello

Si   9:49 AM   Yes

Del 2 al 5   9:49 AM   From 2 to 5

Lo más importante para mi es lograr una reunión del mas alto nivel   9:50 AM   The most important is to achieve a reunion at the highest level

Tillerson o Pence   9:50 AM   Tillerson or Pence

Se que es difícil   9:50 AM   I know it is difficult

O Paul Rayn   9:50 AM   or Paul Rayn

De resto todo lo tengo armado bastante bien   9:50 AM   The rest I have pretty much put together

Necesito tu ayuda con alguno de estos 3 trofeos.   9:50 AM   Will need your help with some of these 3 trophies

Que opinas   10:15 AM   What do you think

And the National Press Club?

Y el National Press Club?   10:26 AM ✓✓

DRDP-22-20522-SDFL_000557

DRX107-003

**Julio Borges**

Que opinas  10:15 AM

What do you think

Apr 25, 2017

And the National
Press Club?

Y el National Press Club?  10:26 AM ✓✓

Me dicen que hay una mega rueda de
prensa en el Atlantic Council  10:36 AM

I am told that
there is a mega
press conference
at the Atlantic
Council

Tu ves viable David de conseguir alguno
de los 3 trofeos?  10:36 AM

David do
you see
viable
obtaining
any of the
3 trophies

Por favor  10:36 AM

Please

Il think so. Have you
met recently with
Senator Rubio?

Yo creo que si. Te has reunido
recientemente con el senador Rubio?
10:40 AM ✓✓

He hablado con Viviana y debo verlo en
DC  11:19 AM

I have spoken
with Viviana
and should
see him in DC

Apr 26, 2017

Hola. Como estas. Como vamos?
9:26 PM

Hello. How are you.
How are we doing?

Gracias  9:26 PM

Thank you

May 31, 2018

President
Borges. I
hope you are
well. I am
told that you
are in City
Miami. Is
there a
possibility to
meet for a
few minutes?
I have much to tell you. I hope we can see each other.  Regards, David

Presidente Borges. Espero que esté bien.
Me dicen que andas por mi pueblo Miami.
Hay posibilidad de encontrarnos por unos
minutos? Tengo mucho que contarte. Ojalá
nos podemos ver. Saludos, David  9:42 AM ✓✓

Hola David.
Como estas
Buenos dias
NUNCA iría a tu pueblo sin avisar

Hello David.
How are you
Good Morning
I will never go
to your City
without warning

DRDP-22-20522-SDFL_000558

DRX107-004



DRDP-22-20522-SDFL_000559

DRX107-005



< 59  Julio Borges

Yes of course! — Mar 2, 2021 — Si claro! 5:32 PM ✓✓

You don't have to write me before calling President. Only call me as soon as convenient for you.

No me tienes que escribir antes de llamar presidente. Solo llámame en cuanto es conveniente para usted. 5:53 PM ✓✓

Dec 24, 2021

That the birth of God's child fill us with love, faith and hope to achieve justice and liberty for Venezuela.

Que el nacimento del niño Dios nos llene de amor, fe y esperanza para lograr una Venezuela de libertad y justicia.
JULIO BORGES

Merry Christmas friend!!!

Feliz Navidad amigo!!! 11:35 AM

Thank you. Same President! Hope to see you soon in Colombia. Congratulations

Gracias. Igual Presidente! Espero verte pronto en Colombia. Felicidades! 11:38 AM ✓✓

Mar 24, 2022

Hello President. Hope you are well.

Hola Presidente. Espero que esté bien.

DRDP-22-20522-SDFL_000560

DRX107-006



**Julio Borges**

< 59

8:03

Hello President. Hope you are well. I will be in Bogota next week. May I invite you to brekfast or lunch. Regards!

Mar 24, 2022

Hola Presidente. Espero que esté bien. Estaré en Bogota la próxima semana. Le pudiera invitar a desayunar o almorzar? Saludos! — 7:04 PM ✓✓

Hola David
Claro
Me avisas y coordinamos
Seguro! — 7:36 PM

Hello David Of course let me know and we coordinate. Sure!

What day is best President?

Que día es mejor Presidente? Lunes o martes? — 8:07 PM ✓✓

Monday or Tuesday?

Mejor el martes David
Gracias — 8:38 PM

Better Tuesday David Thank you

Perfect President. Choose your favorite restaurant. I invite!

Perfecto Presidente. Escoge su restaurante favorito. Yo invito! 😎 — 8:49 PM ✓✓

Jajajajaja gracias
Por donde te quedas? — 8:52 PM

Thank you Where are you staying?

In the Four Seasons. Do you want to have lunch there of prefer another place?

En el Four Seasons. Quiere almorzar allí? O prefieres otro lugar? — 8:56 PM ✓✓

Cerca hay buenos sitios.
Reservo a las 12:30? Y te aviso — 8:57 PM

There are good places near by. Reserve for 12:30? And I let you know.

Gracias — 8:57 PM

Thank you

12:30 perfect

12:30 perfecto 👍

DRDP-22-20522-SDFL_000561

DRX107-007



8:04

< 59  **Julio Borges**

**Mar 24, 2022**

Cerca hay buenos sitios.
Reservo a las 12:30? Y te aviso   8:57 PM

There are good places near by. Reserve for 12:30? And I let you know.

Gracias  8:57 PM   Thank you

12:30 Perfect   12:30 perfecto. 👍  8:57 PM ✓✓

Listo ✔️ te aviso  8:58 PM   Done ( ) will let you know

**Mar 28, 2022**

I arrived President!

Ya llegue Presidente!  12:46 P

Jajajajaja Buenos Dias!  12:47 PM   jajaja Good Morning

DRDP-22-20522-SDFL_000562

DRX107-008



8:04

< 59   **Julio Borges**

Ya llegue Presidente!  12:46 PM
Mar 28, 2022

Good Morning!

Jajajajaja Buenos Dias!  12:47 PM

Ua tengo la reserva para mañana 12:30  12:47 PM

I have the reservation for tomorrow 12:30

👍  12:48 PM

Bienvenido  12:49 PM   Welcome

Oficial · Ac. 85 #12- 90, Bogotá, Cundinamarca
★★★★★ · Restaurante peruano
goo.gl

Oficial
(1) 6447766
https://goo.gl/maps/bHFRiC8pfYZWQxz9A  8:17 PM

Buenas noches  8:17 PM   Good Night

Nos vemos mañana a las 12:30pm aca?  8:17 PM

We will see each other tomorrow at 12:30 pm your time

Es cerca del hotel  8:17 PM   is it close to the hotel?

Es peruano muy bueno  8:17 PM   It is Peruvian and very good

La reserva esta a nombre de Elias Borges  8:18 PM

The reservation is in the name of Elias Borges

Perfect Thank you President   Perfecto. Gracias Presidente!  8:20 PM

DRDP-22-20522-SDFL_000563

DRX107-009



8:04

‹ 59    Julio Borges    📞⁺

Borges    8:18 PM
Mar 28, 2022

Perfecto. Gracias Presidente!    8:20 PM ✓✓

**Perfect.  Thank you President!**

8:20 PM

Mar 29, 2022

**I am already here President.**

Ya estoy aquí Presidente    1:26 PM ✓✓

Gracias por el almuerzo y la conversación    3:43 PM

**Thank you for lunch and the conversation**

Igual Presidente! Espero que se repite pronto!    3:49 PM ✓✓

**Same President! I hope to repeat it soon.**

3:49 PM

Jun 9, 2022

DRDP-22-20522-SDFL_000564

DRX107-010



DRDP-22-20522-SDFL_000565

DRX107-011

8:05

< 59  Julio Borges  ⟨call icon⟩



Saludos.  8:40 AM

Jun 12, 2022

Thank you President. Until Wednesday or Tuesday. When do you return to the farm? Regards!

Gracias presidente. Hasta miércoles el martes. Cuando regresas de la finca? Saludos!  12:45 PM ✓✓

Jun 13, 2022

> You
> Gracias presidente. Hasta miércoles el martes. Cuando regresas de la finca? Saludos!

Hola David.
Yo debo llegar hoy lunes al final de la tarde.  7:40 AM

Hello David. I should arrive today Monday at the end of the afternoon.

Great President. We can meet tomorrow?

Buenísimo presidente. Nos podemos reunir mañana?  9:30 AM ✓✓

Hola David  2:54 PM

Hello David

Hello President. Are you returning to Bogota?

Hola Presidente. Ya está de regreso a Bogotá?  2:55 PM ✓✓

Esta tarde noche. Salimos después de almorzar  2:56 PM

This afternoon night. We go later to lunch.

Great. Can we meet tomorrow?

Buenísimo. Nos podríamos encontrar mañana?  2:56 PM ✓✓

Yes. I have been all of these days with my parents and my brothers. I

Si. Yo he estado todos estos días con mis padres y mis hermanos Tenía tiempo sin verlos.
Se van mañana. Pero podemos hablar

had time without seeing them. They leave tomorrow But we can talk

DRDP-22-20522-SDFL_000566

DRX107-012

8:05

< 59    Julio Borges

almorzar    2:56 PM

Great. Can we meet tomorrow?

Buenísimo. Nos podríamos encontrar mañana?    2:56 PM ✓✓

Si. Yo he estado todos estos días con mis padres y mis hermanos
Tenía tiempo sin verlos.
Se van mañana. Pero podemos hablar mañana temprano en la mañana porque estaré el resto del dia con ellos.    2:57 PM

Yes. I have been all of these days with my parents and my brothers. I had time without seeing them.

They leave tomorrow. But we can talk tomorrow early in the morning because I will be with them the rest of the day.

Entiendo perfectamente. A que hora te conviene hablar?    2:59 PM ✓✓

I understand perfectly. At what time is convenient to talk?

Los más temprano posible paso unos minutos por tu hotel.
Donde te estás quedando?    3:00 PM

Earliest as possible I will pass a few minutes by the hotel.

Where are you staying?

Cuando me dijiste que estaba fuera de la ciudad, cambié mi itinerario y salí hoy a Ciudad Panamá para una reunión. Pero regresaré a Bogotá mañana. Podemos hablar por teléfono temprano mañana o más tarde hoy?    3:06 PM ✓✓

When you told me you were outside the City I changed my itinerary and left today to Panama for a meeting. But will return to Bogota tomorrow. We can speak by phone early tomorrow or later today?

Si mejor mañana temprano por esta via te llamo    3:10 PM

Yes better early tomorrow I will call you through here

Perfecto. Como a que hora le conviene presidente?    3:12 PM

Perfect. At what time is convenient President.

Yo me levanto muy temprano, a partir de las 6:30am estoy disponible.    3:13 PM

I am up very early, after 6:30 am I am available.

DRDP-22-20522-SDFL_000567

DRX107-013



‹ 59  **Julio Borges**

**Perfect at what time is convenient President?**
Perfecto. Como a que hora le conviene presidente?  3:12 PM ✓✓

Yo me levanto muy temprano, a partir de las 6:30am estoy disponible.  3:13 PM
**U am up very early, after 6:30 am I am available.**

Gracias  3:13 PM  **Thank you**

**I too am up early. To be ahead of the enemies. At 6:30 is perfect president!**
Yo también me levanto temprano. Para adelantar a los enemigos. 🤣 Las 6:30 es perfecto presidente!  3:18 PM ✓✓

Jun 14, 2022

**Good day President!**
Buen día presidente!  7:39 AM ✓✓

**Good day I will call you**
Buenos Dias Te llamo  7:46 AM

**Thank you! I am attentive**
Gracias! Estoy atento  7:48 AM ✓✓

**Hello President. Were you able to talk with Jimmy?**
Hola presidente. Pudo hablar con Jimmy?  9:00 PM ✓✓

Hola David. Story hablo mañana con el. Hoy estoy despidiendo a mi familia. Mañana te aviso  9:07 PM
**Hola David. Story I talk with tomorrow. Today I am saying goodbye to my family. Tomorrow I let you know.**

**Thank you President.**
Gracias presidente!  9:14 PM ✓✓

Jun 16, 2022

DRDP-22-20522-SDFL_000568

DRX107-014

8:05

‹ 59    **Julio Borges**

**Jun 16, 2022**

**Good day President.**
**Regards.**
**Are you available to talk tomorrow.**

> Buen día presidente. Saludos. Estás disponible para hablar esta mañana?
> 7:26 AM ✓✓

> Buenos Dias!
> Hola David.
> Hoy almuerzo con Jimmy Story.
> Te puedo llamar en dos horas.
> Esta bien?
> 8:00 AM

**Good day!**
**Hola David.**
**Today I have lunch with Jimmy Story.**
**May I call you in two hours.**
**Are you ok?**

**Perfect President. Thank you!**

> Perfecto presidente. Gracias! 8:24 AM ✓✓

> Te puedo llamar antes de ver a Story?
> 1:30 PM

**May I call you before seeing Story?**

**Yes of course President.**

> Si claro presidente 1:46 PM ✓✓

> David
> Saliendo de la reunión con Jimmy Story.
> Te llamo en media hora mas o menos
> 4:28 PM

**David Leaving the reunion with Jimmy Story. I will call you in half hour more or less.**

**Thank you President**

> Gracias presidente. 4:31 PM ✓✓

**I landed President. Can you talk?**

> Ya aterrize presidente. Puedes hablar?
> 7:51 PM ✓✓

**Jun 17, 2022**

**Good day President. Are you available to talk today?**

> Buen día presidente. Estás disponible para hablar hoy? 8:21 AM ✓✓

＋   

DRDP-22-20522-SDFL_000569

DRX107-015

8:05

< 59  **Julio Borges**

Jun 17, 2022

**Good day President. Are you available to talk today?**

Buen día presidente. Estás disponible para hablar hoy? 8:21 AM ✓✓

**David congratulations on your charge. I wish you lots of success. You have always been an ally to Venezuela. I hope you achieve victory. Luck!**

David, felicitaciones en tu postulación. Te deseo mucho éxito. Siempre ha sido un aliado de nuestra causa en Venezuela. Espero que logra la victoria. Suerte! 9:17 AM ✓✓

**Something like this President. What we talked about today. We will talk on Monday. Many thanks!**

Algo como esto presidente. De lo que hablamos hoy. Hablaremos el lunes. Mil gracias! 9:17 AM ✓✓

Jul 27, 2022

**President, good day. I hope you are well after the election tragedy in Colombia. I have an important question about the Venezuelan constitution. Could we this morning. Thank You!**

Presidente, buen día. Espero que esté bien después de la tragedia de la elección en Colombia. Tengo una pregunta importante sobre la constitución Venezolana. Podría hablar contigo esta mañana? Gracias! 4 AM ✓✓

Buenos Dias!
Si claro.
Te llamo mas tarde? 8:04 AM

**Good Day! Yes of course. I will call you later?**

**It is for a reunion this morning. Only a detail. I remember conversations regarding article I of the Vz Constitution that permits declarations to the office of the President. . .**

Es para una reunión esta mañana. Solo un detalle. Yo me recuerdo conversaciones sobre el artículo de l constitución venezolana que permite declarar la oficina del presidente

DRDP-22-20522-SDFL_000570

DRX107-016

  

< 59  Julio Borges

**It is for a reunion this morning. Only a detail. I remember conversations regarding article I of the Vz Constitution that permits declarations to the office of the Vacant President. It is article 233 correct?**

Es para una reunión esta mañana. Solo un detalle. Yo me recuerdo conversaciones sobre el artículo de la constitución venezolana que permite declarar la oficina del presidente "vacante". Es el artículo 233 correcto?

8:11 AM ✓✓

Tue, Nov 29

 

La Patria que viene:
Conversaciones sobre la liber...
La experiencia de confrontarse a...
a.co

Queremos invitarlos a la presentación del libro "La Patria que viene", un escrito que elaboramos Paola Bautista Alemán y yo sobre los últimos años de lucha en Venezuela y los procesos que se abren a partir de ahora.

Esperamos el libro sea un aporte a la discusión sobre el futuro de nuestro país. Este libro documenta todas las posiciones públicas y privadas de Primero Justicia dejando clara su coherencia y su lucha por Venezuela por encima de cualquier agenda particular.

Ojalá todos puedan acompañarnos ese día. Si quieren adquirirlo, pueden consultar en Amazon: https://a.co/d/9WUkv7L

**We would like to invite you to the presentation of the book "La Patria que viene", a writing that we prepared by Paola Bautista Aleman y I regarding the last years of the fight for VZ and processes that will open from now on.**

**We hope the book will**

   

DRDP-22-20522-SDFL_000571

DRX107-017

8:08

< 59  Julio Borges  📞+



**Tue, Nov 29**

support discussions regarding the future of our country. This book documents all public and private positions from First Justice leaving clear their coherent fight for VZ above all particular agendas.

This friday. 4:01 AM  I hope all will be able to accompany un on this day. To aquire it via Amazon.

Great. Where will it be? Miami? Bogota? What place?

Buenísimo. Donde va ser? Miami? Bogota? Que sitio? 9:36 AM ✓✓

**Sat, Dec 24**

Merry Christmas and the best to your family and Venezuela!!

Feliz Navidad y los mejor para tu familia y Venezuela!! 🎄🎁 8:42 AM

Same President. As we the Cubans decided, next year I hope you celebrate Christmas in a free and democratic VZ? A strong embrace President.

Igual presidente. Como decimos nosotros los cubanos, el próximo año espero que esté celebrando Navidad en una Venezuela libre y democrática! Un fuerte abrazo presidente. 9:05 AM ✓✓

**You**
Igual presidente. Como decimos nosotros los

DRDP-22-20522-SDFL_000572

DRX107-018



8:08

< 59　　Julio Borges

Este viernes　　　　　　　　　　4:01 AM

**Great. Where will it be? Miami? Bogota? What place?** Buenísimo. Donde va ser? Miami? Bogota? Que sitio?　　　9:36 AM

Sat, Dec 24

**Merry Christmas and the best to your family and Venezuela!!**

Feliz Navidad y los mejor para tu familia y Venezuela!! 🎄🎁　　　8:42 AM

**Same President. As we the Cubans say, next year I hope you celebrate Christmas in a free and democratic Venezuela? A strong embrace President.**

Igual presidente. Como decimos nosotros los cubanos, el próximo año espero que esté celebrando Navidad en una Venezuela libre y democrática! Un fuerte abrazo presidente.　　9:05 AM

> **You**
> Igual presidente. Como decimos nosotros los cubanos, el próximo año espero que esté celebrando Navidad en una Venezuela libre y d...

**David, Thank you very much for the message. This year is very important**

Amen, David, Mucha Gracias por el mensaje. Este año es muy importante y hay que tener fe en Dios　　4:41 PM **and we need to have faith in God.**

**Agree President. As always, I am at your disposition\ and of the Venezuelan opposition. Let me know when you are in Miami or Washington in the new year to invite you again to dinner. Congratulations!**

De acuerdo presidente. Como siempre, estoy a su disposición y la de la oposición Venezolana. Avísame si estás por Miami o Washington en el nuevo año para invitarte de nuevo a comer. Muchas felicidades!　　6:42 PM

DRDP-22-20522-SDFL_000573

DRX107-019