| | |
|---|---|
| **From:** | Rivera for State House[electrivera@comcast.net] |
| **Sent:** | Tue 2/28/2017 7:17:25 PM (UTC) |
| **To:** | Rivera for State House[electrivera@comcast.net] |
| **Cc:** | Otto Reich[oreich@ottoreich.com]; Brian Ballard[ballard@ballardfl.com]; Sylvester Lukis[syl@ballardfl.com] |
| **Bcc:** | "Bridget Nocco"[bridget@ballardfl.com] |
| **Subject:** | Re: MUD Letter |

I suggest we keep the letter very simple.  For example, something like:

Honorable Julio Borges
President
United Democratic Roundtable

Dear President Borges:

I am writing to inform you that XYZ political party agrees with MUD's decision to retain Ballard Partners as its Washington, D.C.-based registered agent in the United States.

Sincerely,

So and So
XYZ political party

Honorable Julio Borges
Presidente
Mesa de Unidad Democratica

Presidente Borges:

Le escribo para informarle que XYZ partido politico esta de acuerdo con la seleccion de Ballard Partners como su representante registrado el los EE.UU con sede en Washington, D.C.

Cordialmente,

Fulano de tal
XYZ partido politico

----- Original Message -----
From: Rivera for State House <electrivera@comcast.net>
To: Otto Reich <oreich@ottoreich.com>
Cc: Brian Ballard <ballard@ballardfl.com>, Sylvester Lukis <syl@ballardfl.com>
Sent: Tue, 28 Feb 2017 17:52:53 -0000 (UTC)
Subject: Re: MUD Letter

Ambassador,

Spoke to Brian today.  He mentioned that we only need four of the MUD coalition political parties to sign letters.  Please let me know which are the four parties and please send me the draft letter as soon as you can.  I want to try and finalize everything this Thursday in Washinton.  Thanks so very much.

David

----- Original Message -----
From: Otto Reich <oreich@ottoreich.com>
To: Rivera for State House <electrivera@comcast.net>
Cc: Brian Ballard <ballard@ballardfl.com>, Sylvester Lukis <syl@ballardfl.com>
Sent: Fri, 24 Feb 2017 18:34:05 -0000 (UTC)
Subject: Re: MUD Letter

David:  Thank you for sending the names of the Venezuelan political parties.  Some are much better known than others  but I will ask around.



**DEFENDANT'S EXHIBIT**

**DRX 197**

1:22-cr-20552-MD

On the Vargas and Gorrin matters, I think you must have misunderstood what I said.
Regards,
Otto.

Otto J. Reich,
Ambassador of the United States of America, Ret.
Otto Reich Associates, LLC
Cell 703-627-2000
oreich@ottoreich.com
www.ottoreich.com

> On Feb 24, 2017, at 10:41 AM, Rivera for State House <electrivera@comcast.net> wrote:
>
> Otto,
>
> Nice speaking with you and Brian earlier this week.  Below please find the names of the Venezuelan political parties that Assembly President Julio Borges mentioned in our meeting are the leading entities comprising the MUD.  These are the prime targets from which to secure letters endorsing the designation of Ballard Partners as the Washington, D.C. representative for the MUD.  Also, please remember when you get a chance to send me the newspaper clip where Gorrin states he is Chavez's business partner.  I very much want to seek his reaction to that statement.  I also searched, but could not find, any information regarding the indictment you referenced of Victor Vargas, who you  mentioned in our conversation as being one of the individuals that had been financing the MUD.  Can you also send me information on this?  I similarly want to get Borges' reaction to this as well.  Thanks so much!  Hope to speak with you again soon.
>
> Best regards,
>
> David
>
> Primero Justicia (Henrique Capriles)
> Accion Democratica (Henry Ramos)
> Un Nuevo Tiempo (Manuel Rosales)
> Voluntad Popular (Leopoldo Lopez)
> Avanzada Progresista (Henri Falcon)
> Vente Venezuela (Maria Corina Machado)
>
>
>

COM-0000020216_0002

DRX197-002