Pete Sessions

iMessage

Apr 1, 2017 4:59 PM

| | |
|---|---|
| **Bringing u memo now** | Apr 1, 2017 4:59:41 PM |
| **Room 1213?** | Apr 1, 2017 4:59:49 PM |

David I can come w you if you wish — Apr 1, 2017 5:04:31 PM

Either way keep a receipt — Apr 1, 2017 5:04:40 PM

And a pair of black socks — Apr 1, 2017 5:04:49 PM

**No worries. Esther is going to get them** — Apr 1, 2017 5:05:27 PM

Any progress on socks and shoes? — Apr 1, 2017 6:51:01 PM

Apr 3, 2017 3:48 PM

Thank you I made it — Apr 3, 2017 3:48:34 PM

And the day went very well — Apr 3, 2017 3:48:42 PM

Your professional work is apparent — Apr 3, 2017 3:48:57 PM

Very proud to be w you — Apr 3, 2017 3:49:05 PM

**Same here my chairman. You did a great job. So proud to be your friend. Have a good flight.** — Apr 3, 2017 3:50:13 PM

Can you pass me Hugo's information? — Apr 3, 2017 6:37:29 PM

- 1 -

**DEFENDANT'S EXHIBIT**

**DRX-296**

1:22-cr-20552-MD

Pete Sessions

> **Hugo Pereira, 5124 Fisher Island Drive, Miami Beach, Florida 33109. Cell phone: 305-992-1800**
> Apr 3, 2017 6:40:17 PM

Apr 7, 2017 2:05 PM

> **Chairman, were u all finally in session today? Anything new on the EX meeting?**
> Apr 7, 2017 2:05:11 PM

Apr 10, 2017 3:04 PM

I am now at ex
Apr 10, 2017 3:04:57 PM

230
Apr 10, 2017 3:05:06 PM

> **Good luck Chairman! Don't forget to get a picture**
> Apr 10, 2017 3:29:31 PM

> **Feel free to call me from the meeting if u need to.**
> Apr 10, 2017 3:43:39 PM

Will call
Apr 10, 2017 4:08:27 PM

Finished the meeting
Apr 10, 2017 4:08:35 PM

Available to talk tonight
Apr 10, 2017 4:08:47 PM

Went well
Apr 10, 2017 4:08:53 PM

> **Excellent. Do Bertica and I need to b on a plane tonight?**
> Apr 10, 2017 4:14:14 PM

No I will call in an hour or so
Apr 10, 2017 5:04:31 PM

> **Got it**
> Apr 10, 2017 5:05:03 PM

> **Roger that**
> Apr 10, 2017 5:05:23 PM

- 2 -

**DRX-296-0002**

DRDP-22-20522-SDFL_000826

Pete Sessions

You are being vetted now by him                                         Apr 10, 2017 5:05:50 PM

                                                    **10-4**               Apr 10, 2017 5:06:23 PM

                              Apr 11, 2017 9:38 AM

The FM must call ex 972 444 1465                                         Apr 11, 2017 9:38:33 AM

                                               **Roger that**             Apr 11, 2017 9:39:11 AM

Randy Ebner general counsel                                             Apr 11, 2017 9:42:45 AM

The office                                                             Apr 11, 2017 9:42:53 AM

                                    **Got it. Thank u my chairman**       Apr 11, 2017 9:47:28 AM

                             Apr 12, 2017 10:53 AM

**Awaiting word from Raul on FM's Dallas travel
options. Should here back in the next few hours and        Apr 12, 2017 10:53:35 AM
will report immediately.**

She needs to call Randy first                                           Apr 12, 2017 12:56:31 PM

- 3 -

**DRX-296-0003**                                    DRDP-22-20522-SDFL_000827