| | |
|---|---|
| **From:** | Bertica Cabrera Morris <berticacm@aol.com> |
| **Sent:** | Wednesday, March 28, 2018 1:58 AM |
| **To:** | eagle@petesessions.com |
| **Subject:** | Fwd: V-Trip Update |

Pete. This is a great recap of where we are. Let me know your thoughts b

Bertica

Sent from AOL Mobile Mail

On Tuesday, March 27, 2018, David Rivera <rivera2002@comcast.net> wrote:

Bertica,

Just want to provide a quick recap of events regarding the V-trip and provide an update.  On Friday, after Kyle expressed concerns as to the legality of the V-trip, conversations were held with Caleb McCarry from the Senate Foreign Relations Committee (who travelled to V last month and met with Maduro), in which Caleb recommended that an official invitation for the Chairman come from the GOV to the State Department.  That invitation arrived Friday evening.   On Saturday afternoon after conversations were held with State, they proposed providing a briefing to the Chairman before the V-trip.  Given Caleb's recent trip and meeting, given Sen. Durbin's upcoming trip, and given State's willingness to facilitate the trip with a briefing, I think the issue of legality has now been put to rest.

The only issue remaining is timing/urgency.  The genesis of this trip is based on the importance of the GOV postponing the upcoming May 20th elections so that the opposition can have time to organize and participate in a meaningful fashion.  Another key date to keep in mind is April 13, which is the date of the Summit of the Americas in Peru.  Maduro has been disinvited from the Summit.  Apparently, one of the reasons he is so interested in this meeting is because he is motivated to offer a concession, such as postponing the election, in order to curry good-will from Peru and be allowed to attend the Summit.

Congress is back in session April 10.  Which means that, unless the trip is executed during the Easter recess, the first opportunity for the V-trip, barring other commitments, would be the weekend of April 14 or 20, after the Summit of the Americas is over and only one month from election day.  That time frame makes it virtually impossible to postpone the election so close to election day.  And unless the election is postponed, Maduro will be re-elected for another six-year term; making it increasingly difficult to negotiate concessions related to either the opposition or the release of Joshua Holt.

If the State Dept. briefing is necessary, and obviously must be conducted in a secure location, can it be done in Dallas at one of the many secure federal facilities that exist there including the offices of FBI, ICE, Customs and Border Patrol, ATF, DEA, Secret Service, Federal Reserve, U.S. Diplomatic Security, DOJ, etc?  Could it be done this week so that the V-trip could be done early next week, before Sen. Durbin's arrival on the 5th?  Given the Chairman's extensive knowledge of U.S.-Venezuela bilateral issues, I imagine the briefing will be somewhat boring for him anyhow.  After all, he's not a member from Montana or Maine who can't find Venezuela on a map.  He's a member from a border state with Latin America, which is also an oil producing

1



DEFENDANT'S
EXHIBIT

**DRX 413**

1:22-cr-20552-MD

AOL-0000030500_0001

DRX413-001

state, travelling to a Latin American country that also produces oil.  I think he more than gets it.  He certainly didn't need a State Dept. briefing last year before the meeting in New York, and I really don't think he needs one now.

One final concern. The State Dept., and by extension the U.S. embassy in Caracas, is managing Durbin's trip, the existence of which is now widely known in V.  After having spent nine years working in the State Department, my instinct tells me that their next move after the Chairman's briefing offer will be to offer managing the Chairman's visit as well.  This would certainly jeopardize any private nature of the trip and effectively end our efforts for a quick and quiet visit.  In essence, unless the trip is executed during this recess, I fear the challenges arising from a postponement will be insurmountable. Hope this helps as we move forward.

David

AOL-0000030500_0002

DRX413-002