

**Name:** +12025790982
**Start Time:** 6/15/2017 4:00:10 PM(UTC-5)
**Last Activity:** 1/23/2019 12:25:59 PM(UTC-6)
**Number of attachments:** 1
**Source:** Native Messages
 **Source Extraction:** Advanced Logical (1)
**Body file:** chat-41.txt

**Participants:**

+12025790982
Keith McCoy*

From: +12025790982 Keith McCoy
(owner)

Rep. Sessions,

This is Keith McCoy at ExxonMobil. We need to speak with you concerning the Russia sanctions (S. 722) bill that just came over from the Senate. Can I arrange a call with you and the VP of our Washington DC office tonight?  Thanks!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/16/2017 9:25:31 AM(UTC-5) | |

**Status:** Read

6/15/2017 4:00:10 PM(UTC-5)

Source Extraction:
Advanced Logical (1)

**Name:** +17134444851
**Start Time:** 4/10/2017 8:05:01 AM(UTC-5)
**Last Activity:** 6/7/2017 2:52:15 PM(UTC-5)
**Number of attachments:** 0
**Source:** Native Messages
 **Source Extraction:** Advanced Logical (2)
**Body file:** chat-46.txt

**Participants:**

+17134444851
Randy Ebner*

From: +17134444851 Randy Ebner
(owner)

Congressman Sessions-This is Randy Ebner-EM's General Counsel -I am available to connect with you -please advise -my office phone number is: 972-444-1465

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/10/2017 8:05:05 AM(UTC-5) | |

**Status:** Read

4/10/2017 8:05:01 AM(UTC-5)

Source Extraction:
Advanced Logical (2)

**DEFENDANT'S EXHIBIT**

**DRX 625**

1:22-cr-20552-MD

11

DR-011981

US(LPPO)-CTRL00000211_0001

DRX625-001



12

DR-011982

US(LPPO)-CTRL00000211_0002

DRX625-002



13

DR-011983

US(LPPO)-CTRL00000211_0003

DRX625-003

From: +17134444851 Randy Ebner
(owner)

FYI -I just responded to a communication from Mr. Orono that my management wants to focus efforts on the outstanding arbitration award and therefore until those efforts are complete, we are not in a position to consider requests for meetings on other matters. I advised him any further communications should be directed to Steven Davidson with Steptoe and Johnson-our outside counsel.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/7/2017 2:17:25 PM(UTC-5) | |

**Status:** Read

6/7/2017 2:17:22 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

(owner)

Thanks

**Status:** Sent

6/7/2017 2:52:15 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

**Name:** chat134998486974169987
**Start Time:** 4/3/2017 5:34:02 PM(UTC-5)
**Last Activity:** 4/3/2017 5:35:38 PM(UTC-5)
**Number of attachments:** 1
**Source:** Native Messages
**Source Extraction:** Advanced Logical (2)
**Body file:** chat-13.txt

Participants:



+14072562205
Bertica Morris*

+15052202660
Caroline Boothe*

+17864024822
Esther Nuhfer*

(owner)

**Attachments:**



Title: IMG_1295.JPG
Size: 2535663
File name: ~/Library/SMS/Attachments/e9/09/at_0_64D66B32-0D2B-4D02-893C-ADE8AB9BC183/IMG_1295.JPG
~/Library/SMS/Attachments/e9/09/at_0_64D66B32-0D2B-4D02-893C-ADE8AB9BC183/IMG_1295.JPG

**Status:** Sent

4/3/2017 5:34:02 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

14

DR-011984

US(LPPO)-CTRL00000211_0004

DRX625-004