## Fwd: Sessions Talking Points

| | |
|---|---|
| From: | Bertica <berticacm@aol.com> |
| To: | Pete And Karen Sessions <eagle@petesessions.com> |
| Sent: | April 10, 2017 12:14:21 PM CDT |
| Received: | April 10, 2017 12:14:28 PM CDT |

Bertica

Sent from my iPhone

Begin forwarded message:

**From:** David Rivera <rivera2002@comcast.net>
**Date:** April 10, 2017 at 1:07:39 PM EDT
**To:** berticacm@aol.com
**Subject: Sessions Talking Points**

- **I have been personally assured by the Venezuelan Foreign Minister that Venezuela is prepared to return all Exxon Mobil assets confiscated during the presidency of Hugo Chavez.**

- **I am working with individuals who have initiated efforts and have been designated by the Government of Venezuela at the highest level to serve as liaisons in facilitating the transfer of Exxon Mobil's assets back to Exxon Mobil.**

- **These individuals are prepared to meet with any designated Exxon Mobil officials to transmit the details of the Venezuelan government's disposition toward returning Exxon Mobil's assets in Venezuela.**

- **Given the volatile conditions in Venezuela, it is imperative that the transmittal of Venezuela's disposition regarding the return of Exxon Mobil's assets take place immediately; and as such, <u>the individuals who have been designated by the Government of Venezuela as liaisons on this matter are prepared to meet in Dallas at a moment's notice</u>.**

- **A critical sense of urgency is required in order to seize this opportunity and move this matter forward.**

- **Irrespective of any previous efforts, formal/judicial or informal, to resolve this matter, this particular attempt at resolution involves individuals, including myself Pete Sessions, empowered at the highest level of the Venezuelan government and empowered with a specific mandate to resolve the matter post haste.**

- **Remember to take a picture after the meeting.**



DEFENDANT'S
EXHIBIT

**DRX 634**

1:22-cr-20552-MD

PSF-00000004

DR-010267

US(LPPO)-CTRL00000225_0001

DRX634-001