Marco

**17862582222**



Jul 31, 2017 11:22:05 PM

**17862582222**

Sent it also to Jeanette's whatsapp in case ur phone doesn't process the video

Jul 31, 2017 11:23:27 PM

**Aug 1, 2017** 12:33 AM

**17862582222**

https://www.instagram.com/p/BXPCUiXgwcq/

Aug 1, 2017 12:33:20 AM

**17862582222**

http://globovision.com/article/rubio-no-puedo-permanecer-en-silencio-mientras-la-historia-se-repite

Aug 1, 2017 11:38:52 AM

**Aug 9, 2017** 6:20 PM

Leaving Orlando

Aug 9, 2017 6:20:16 PM

Marco ████████

I will be up late

Aug 9, 2017 6:42:29 PM

Marco ████████

Or anytime tomorrow

Aug 9, 2017 6:42:37 PM

Tonight better. Leaving back to Haiti tomorrow at noon. Miami ETA 9:30

Aug 9, 2017 6:59:16 PM

Marco ████████████

Perfect will be here

Aug 9, 2017 7:01:46 PM

**Aug 10, 2017** 8:13 AM

Done. All three objectives conveyed.

Aug 10, 2017 8:13:28 AM



**DEFENDANT'S EXHIBIT**

**DRX681**

1:22-cr-20552-MD

- 69 -

DRX681-001

**Aug 11, 2017** 10:26 AM

> **Spoke to him. Everything moving forward.** Aug 11, 2017 10:26:03 AM

**Marco** ████████

> **Today is better than tomorrow. We have lost some additional momentum in last 24 hours.**

Aug 11, 2017 11:36:57 AM

**Marco** ████████

> **http://www.elnuevoherald.com/noticias/mundo/america-latina/venezuela-es/article166670537.html**

Aug 11, 2017 10:06:34 PM

**Aug 14, 2017** 3:39 PM

17862582222



Aug 14, 2017 3:39:38 PM

**Aug 16, 2017** 11:23 AM

17862582222

> **Now we can add Lilian Tintori to Amber and Michelle as ur paramours.** 🙈🙈
>
> **http://www.lechuguinos.com/marco-rubio-padre-hijo-lilian-tintori/**

Aug 16, 2017 11:23:37 AM

- 70 -

DRX681-002

Marco

**17862582222**

These people are just so ridiculous — Aug 16, 2017 11:24:24 AM

**Aug 22, 2017** 3:34 PM

**17862582222**

Call me ASAP. Major development. — Aug 22, 2017 3:34:11 PM

**17862582222**

Involving one of our priority agencies. — Aug 22, 2017 3:35:15 PM

**Aug 23, 2017** 7:23 PM

Marco

Aug 23, 2017 7:23:22 PM

**17862582222**

Fax — Aug 23, 2017 7:24:54 PM

**Aug 26, 2017** 11:29 AM

Marco

http://www.miamiherald.com/news/nation-world/article169453272.html — Aug 26, 2017 11:29:25 AM

**Oct 10, 2017** 7:10 AM

**17862582222**

http://www.elnuevoherald.com/noticias/mundo/america-latina/venezuela-es/article177747701.html#navlink=SecList — Oct 10, 2017 7:10:11 AM

**Oct 12, 2017** 10:40 AM

**17862582222**



Oct 12, 2017 10:40:55 AM

**Oct 16, 2017** 2:35 AM

- 71 -

DRX681-003