

| 23 | Start Time: 6/7/2017 1:07:33 PM(UTC-5)<br>Last Activity: 11/14/2018 10:35:10 AM(UTC-6)<br>Number of attachments: 1<br>Source: Native Messages<br>Account: eagle@petesessions.com<br>Source Extraction: Advanced Logical (2)<br>Body file: chat-3.txt<br><br>Participants: | | |
|---|---|---|---|
| |  +14072562205<br>Bertica Morris* | | |
| | +12022565716<br>Me* | | |
| | eagle@petesessions.com<br>Aaa* (owner) | | |

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Attachments:

Title: IMG_6087.png
Size: 385901
File name: ~/Library/SMS/Attachments/87/07/5F43B675-35A5-405E-897C-4D8EDFA3C570/IMG_6087.png
~/Library/SMS/Attachments/87/07/5F43B675-35A5-405E-897C-4D8EDFA3C570/IMG_6087.png

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849<br>Aaa | | 6/7/2017<br>2:07:34<br>PM(UTC-5) | |

Status: Read

6/7/2017 1:07:33 PM(UTC-5)

Source Extraction:
Advanced Logical (2)



**DEFENDANT'S EXHIBIT**

**DRX 744**

1:22-cr-20552-MD

80

DR-011277

US(DR)-CTRL00001313_0001

DRX 744-001

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Pete. The Citgo attorney send an email to Ebner again requesting the meeting for Friday/Saturday and copied you as per our call and your direction.

Bellow is a draft of text that we need you to send to Ebner in order to solidify what was said and of your involvement. I know you are at work and if you could call me after you finish. Gracias. !!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 2:08:35 PM(UTC-5) | |

Status: Read

6/7/2017 2:08:02 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +12142155849 Aaa (owner)

Can you resend the text that he needs to send. It didn't come through.
Status: Sent

6/7/2017 2:09:07 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Randy, I understand your desire to keep things between the attorneys. Therefore I suggest their top attorney, Eduardo Orsini, who is sending you a communication to the same effect, and I, meet just with you on June 9, in order to facilitate and expedite the meeting between Energy Minister Martinez and CEO Woods this week, given the fact that the Minister's visa is about to expire on Wednesday, June 15th. This meeting is solely to convey some new opportunities for Exxon Mobil in Venezuela. Based on what I have been told, I think you are going to be extremely pleased and strongly encourage us to get together this week. Hope to see you Friday. Best, Pete

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 2:11:15 PM(UTC-5) | |

Status: Read

6/7/2017 2:09:50 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +12142155849 Aaa (owner)

Gracias
Status: Sent

6/7/2017 2:12:02 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

81

DR-011278

US(DR)-CTRL00001313_0002

DRX 744-002

From: +12022565716 Me
To: +12142155849 Aaa (owner)

Did you receive the email or did you need me to forward to you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 4:23:16 PM(UTC-5) | |

Status: Read

6/7/2017 2:52:32 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Got it. Discussing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 4:23:16 PM(UTC-5) | |

Status: Read

6/7/2017 2:56:53 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Pete based on Ebners email and what we know about where negotiations are we believe we could save this. We talked to the Government attorney and he believes it could be done today or tomorrow. Would you mind send one last text??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 4:23:16 PM(UTC-5) | |

Status: Read

6/7/2017 3:12:54 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Randy, if the arbitration is completed prior to the Minister's visa expiring on June 15, then we can do the meeting between the Minister and CEO Woods? Pete

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 4:23:16 PM(UTC-5) | |

Status: Read

6/7/2017 3:12:58 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

82

DR-011279

US(DR)-CTRL00001313_0003

DRX 744-003

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

Randy, if the arbitration is completed prior to the Minister's visa expiring on June 15, then we can do the meeting between the Minister and CEO Woods prior to the visa expiration date? Pete

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 6/7/2017 4:23:16 PM(UTC-5) | |

Status: Read

6/7/2017 3:22:49 PM(UTC-5)

Source Extraction:
Advanced Logical (2)

From: +14072562205 Bertica Morris
To: +12142155849 Aaa (owner)

GM. Thinking about you. How may I be of help?  You been a great friend. It's time for your friends to help. Thoughts ?  Can we talk?  Are you coming to Orlando for Thanksgiving? May we see you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 11/14/2018 11:40:34 AM(UTC-6) | |

Status: Read

11/14/2018 10:19:51 AM(UTC-6)

Source Extraction:
Advanced Logical (2)

From: +12022565716 Me
To: +12142155849 Aaa (owner)

Yes will be there for a week

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 11/14/2018 11:40:34 AM(UTC-6) | |

Status: Read

11/14/2018 10:35:05 AM(UTC-6)

Source Extraction:
Advanced Logical (2)

From: +12022565716 Me
To: +12142155849 Aaa (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12142155849 Aaa | | 11/14/2018 11:40:34 AM(UTC-6) | |

Status: Read

11/14/2018 10:35:10 AM(UTC-6)

Source Extraction:
Advanced Logical (2)

83

DR-011280

US(DR)-CTRL00001313_0004

DRX 744-004