March 19, 2018

The Honorable Pete Sessions
United States Congressman
2233 Rayburn House Office Building
Washington, D.C.  20515

Dear Congressman Sessions:

First, let me thank you on behalf of the Venezuelan people for your steadfast leadership in support of a free and democratic Venezuela.  I have no doubt that history will vindicate your dedication to this noble cause and that the Venezuelan people will undoubtedly be indebted to you in the years to come.

Because you have been a friend to the cause of a free and democratic Venezuela, I want to take this opportunity to invite you to visit Venezuela and meet directly with leaders of the democratic opposition.  As you are well aware, the Venezuelan opposition is under daily siege from the Maduro´s regime and your presence here, even if only for a day of meetings, will provide much needed encouragement and reassurance.

Given the many domestic and international events that are currently unfolding in relation to Venezuela's future, I hope you will be able to join us here in Venezuela as soon as possible.  Your visit will serve as a critical opportunity for the Venezuelan democratic opposition to dialogue directly with you regarding our strategies and aspirations for a free and democratic Venezuela.

Thank you for taking the time to consider this invitation to come as soon as possible to Venezuela to meet with members of the democratic opposition.  I know you are also very concerned with the matter of U.S. citizen Joshua Holt's unjustified incarceration by the Maduro regime and we hope to share our thoughts with you on this issue as well.

I very much hope you will accept this invitation and look forward to meeting with you at your earliest convenience.

Sincerely,

Henry Ramos Allup
Member of the Venezuelan National Assembly



DEFENDANT'S
EXHIBIT
**DRX 759**
1:22-cr-20552-MD

DR-011748

DRX 759-001