

BCM CONSULTING INC
300 SOUTH ORANGE AVE SUITE 1565          0
ORLANDO FL 32801

|  |  |
|---|---|
| Page: | 1 |
| Chks Paid: | 2 |
| Statement Date: | 05/31/17 |
| Account Number: | ███████ |

*************** Business Checking Account ████████ ***********************

**Non-Check Transactions**

| Date | Description | Amount |
|---|---|---|
| 05/17 | VECTOR SECURITY   PAYMENT  ID: 6427948 | 33.65- |
| 05/23 | PAYMENT TO LOAN :  IL XXXXXX1488 | 326.77- |
| 05/25 | OMAD:20170525B1B7SM1F00030005251  ORIG PARTY NAME:INTERAMERICAN CO  REF FOR BEN:DCD OF 17/05/25 | 125,000.00 |
| 05/25 | Wire Transaction Fee | 15.00- |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/05 | 1003 | 1,800.00 | 05/12 | 1004 | 9,000.00 |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/28 | 115,267.49 | 05/12 | 104,467.49 | 05/23 | 104,107.07 |
| 05/05 | 113,467.49 | 05/17 | 104,433.84 | 05/25 | 229,092.07 |

**Account Summary**
Previous Statement Date: 04/28/17

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 115,267.49 | | 125,000.00 | | .00 | | 11,175.42 | | .00 | | 229,092.07 |

Statement from 04/29/17 Thru 05/31/17
YTD Interest Paid          .00

```
** BEGINNING 05/01/17, WHEN USING A NON-VALLEY ATM FOR WITHDRAWALS,   **
** WE WILL REFUND UP TO 6 SURCHARGE FEES PAID PER MONTH AT $1.50 PER  **
** FEE. THERE IS NO SURCHARGE FEE WHEN USING A PUBLIX SUPERMARKET     **
** ATM.                                                              **
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20552-MD

EXHIBIT NO.   242B

JA-006682



BCM CONSULTING INC                        0                    Page:              2
300 SOUTH ORANGE AVE SUITE 1565
ORLANDO FL 32801                                      Statement Date:    05/31/17
                                                     Account Number:    ███████████

COMMUNICATING WITH YOU IS IMPORTANT TO US!
Don't miss weather-related closures or special offer emails.
Take a moment and call our 24/7 Customer Service Team at
800-522-4100 or 973-305-8800 and provide or update
your email address.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

JA-006683

**BCM CONSULTING INC**
300 SOUTH ORANGE AVE SUITE 1565
ORLANDO, FL 32801

DATE 5/11/17                 55-138/212

PAY TO THE ORDER OF Brian Morris                                    $ 9,000.00

Nine Thousand                                                     DOLLARS

DOWNTOWN ORLANDO OFFICE
450 S ORANGE AVE
ORLANDO, FLORIDA 32801        876

FOR

Date 05-12-2017   Serial 1004   TC 0   TR 21201383   Sequence 632887960   Account 3056561   Amount 9000.00   Branch 0   TellerNumber 0

JA-006684



**BCM CONSULTING INC**
300 SOUTH ORANGE AVE SUITE 1565
ORLANDO, FL 32801

DATE May 5/2017   55-138/212

PAY TO THE ORDER OF _Cash_   $ 1,800.00

_One thousand eight hundred_ ⁰⁰⁄₁₀₀ DOLLARS

Valley National Bank®
DOWNTOWN ORLANDO OFFICE
450 S ORANGE AVE
ORLANDO, FLORIDA 32801
276

FOR _Cuba_

Date 05-05-2017   Serial 1003   TC 0   TR 21201383   Sequence 358051610   Account 3056561   Amount 1800.00   Branch 0   TellerNumber 276

ISN
Date/Time: 5/5/2017 3:44 PM
Valley National Bank 021201383
Branch: 276   Teller: 8816

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *
DATE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
ENDORSE HERE

JA-006685