**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**,

     Plaintiff**,**

**v.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

     Defendants**.**

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The United States of America, by and through the undersigned Department of Justice attorney, hereby respectfully requests that the Court allow the undersigned to withdraw as counsel from the above-captioned case. The undersigned attorney is departing from the U.S. Department of Justice, National Security Division, effective June 28, 2026, and no longer requires notices of electronic filings. Assistant United States Attorneys Harry Schimkat and Roger Cruz will continue as counsel of record for the government in this matter. A proposed order is attached.

Respectfully submitted,

     /s/ David J. Ryan

David J. Ryan
Trial Attorney, National Security Division
Special Bar ID No. A5503306
District of Columbia Bar No. 888325195
950 Pennsylvania Ave., NW, Room 7700
Washington, DC 20530
Tel: (202) 353-7842
David.ryan2@usdoj.gov