# Exhibit C

CONGRESSIONAL RECORD—HOUSE

## AMENDING FOREIGN AGENTS REGISTRATION ACT OF 1938

The Clerk called the bill (H. R. 4326) to amend section 2 (a) and section 7 of the Foreign Agents Registration Act of 1938, as amended, to make failure of registration a continuing offense, and to continue the obligation of officers, directors, and persons acting as such, to comply with the act despite dissolution of a foreign agent.

There being no objection, the Clerk read the bill, as follows:

*Be it enacted, etc.,* That the first paragraph of section 2 (a) of the Foreign Agents Registration Act of 1938, entitled "An act to require the registration of certain persons employed by agencies to disseminate propaganda in the United States, and for other purposes," approved June 8, 1938, as amended (56 Stat. 248), is amended to read as follows:

"SEC. 2. (a) No person shall act as an agent of a foreign principal unless he has filed with the Attorney General a true and complete registration statement and supplements thereto as required by this section 2 (a) and section 2 (b) hereof or unless he is exempt from registration under the provisions of this act. Except as hereinafter provided, every person who is an agent of a foreign principal on the effective date of this act shall, within 10 days thereafter and every person who becomes an agent of a foreign principal after the effective date of this act shall, within 10 days thereafter, file with the Attorney General, in duplicate, a registration statement, under oath, on a form prescribed by the Attorney General, of which one copy shall be transmitted promptly by the Attorney General to the Secretary of State for such comment, if any, as the Secretary of State may desire to make from the point of view of the foreign relations of the United States. Failure of the Attorney General so to transmit such copy shall not be a bar to prosecution under this act. The obligation

Case 1:22-cr-20552-MD Document 1 Entered on FLSD Docket 07/23/2026 Page 3 of 3

of an agent of a foreign principal to file a registration statement shall, after the tenth day of his becoming or acting as such agent, continue from day to day, and discontinuance of such activity shall not relieve such agent from his obligation to file a registration statement for the period during which he acted within the United States as an agent of a foreign principal. The registration statement shall include the following, which shall be regarded as material for the purposes of this act:".

Sec. 2. Section 7 of such act is amended to read as follows:

"Sec. 7. Each officer, or person performing the functions of an officer, and each director, or person performing the functions of a director, of an agent of a foreign principal which is not an individual shall be under obligation to cause such agent to execute and file a registration statement and supplements thereto as and when such filing is required under sections 2 (a) and 2 (b) hereof and shall also be under obligation to cause such agent to comply with all the requirements of sections 4 (a), 4 (b), and 5 and all other requirements of this act. Dissolution of any organization acting as an agent of a foreign principal shall not relieve any officer, or person performing the functions of an officer, or any director, or person performing the functions of a director, from complying with the provisions of this section. In case of failure of any such agent of a foreign principal to comply with any of the requirements of this act, each of its officers, or persons performing the functions of officers, and each of its directors, or persons performing the functions of directors, shall be subject to prosecution therefor."

Mr. McCORMACK. Mr. Speaker, I move to strike out the last word.

Mr. Speaker, I am very glad to see this bill pass, because the original legislation was one of those bills that was recommended by a special committee of which I was chairman, back 15 years ago, investigating communism, nazism, and fascism; and, I might say, it is the only special committee investigating subversive activities in America in the last three or four decades that has recommended legislation which was finally enacted into law.

The bill was ordered to be engrossed and read a third time, was read the third time, and passed, and a motion to reconsider was laid on the table.