# Exhibit D

### EDWIN F. SHOCKLEY

The bill (H. R. 4141) for the relief of Edwin F. Shockley was considered, ordered to a third reading, read the third time, and passed.

#### MRS. RUTH B. MOORE AND OTHERS

The bill (H. R. 4364) for the relief of Mrs. Ruth B. Moore; John Robert Lusk III; John R. Lusk, Sr.; Mrs. Minnie P. Pruitt; and Mrs. Billie John Bickle, was considered, ordered to a third reading, read the third time, and passed.

#### FOREIGN AGENTS REGISTRATION ACT OF 1938

The bill (H. R. 4386) to amend section 2 (a) and section 7 of the Foreign Agents Registration Act of 1938, as amended, to make failure of registration a continuing offense, and to continue the obligation of officers, directors, and persons acting as such, to comply with the act despite dissolution of a foreign agent, was announced as next in order.

The VICE PRESIDENT. Is there objection to the present consideration of the bill?

Mr. SCHOEPPEL. Mr. President, reserving the right to object, may we have an explanation of this bill?

Mr. McCARRAN. Mr President, the purpose of this bill is to close some loopholes in the Foreign Agents Registration Act.

Under the present law, subversive organizations can and do resist registration under the act by statements in one of three categories: First, that the organization has disaffiliated from its foreign principals; second, that the organization has ceased the activity which required its registration; or, third, that the organization has dissolved.

This bill would make failure of registration a continuing offense, and would continue the obligation of officers, directors, and persons acting as such, to comply with the Registration Act despite the dissolution of a foreign agent.

This bill not only eliminates the excuses to which I have referred but also closes another loophole, by making certain that a person charged with violation of the act cannot plead the statute of limitations. At the present time, it may be contended that the statute begins to run at the time when the agent was first required to register. Under such an interpretation, if he could escape prosecution for the period of the statute, he would thereafter be exempted from registering even though he continued his subversive activities. Under the bill now before the Senate the statute would begin to run only from the last day on which the unregistered agent acted as such.

So far as the chairman of the Committee on the Judiciary is aware, there has been no objection to this bill, which has already passed the House; and it appears that there could be no expectation of any objection except perhaps from some agent of a foreign principal who might not wish to be regulated by the proposed law.

The VICE PRESIDENT. Is there objection?

There being no objection, the bill (H. R. 4386) to amend section 2 (a) and section 7 of the Foreign Agents Registration Act of 1938, as amended, to make failure of registration a continuing offense, and to continue the obligation of officers, directors, and persons acting as such, to comply with the act despite dissolution of a foreign agent, was considered, ordered to a third reading, read the third time, and passed.