# **Exhibit E**

DEPARTMENT OF JUSTICE,
Washington, April 12, 1949.

The SPEAKER, HOUSE OF REPRESENTATIVES,
Washington, D. C.

MY DEAR MR. SPEAKER: The Department of Justice recommends the amendment of the Foreign Agents Registration Act (56 Stat. 248, 22 U. S. C. 611 et seq.).

In its present form, section 2 of the act provides for registration with the Attorney General of all persons acting as agents for foreign principals. However, as the section presently reads there is room for doubt as to whether the statute of limitations against prosecution of an agent for failure to comply with the registration provisions of the act commences to run from the date on which he was first required to register or from the last day on which such unregistered agent has acted. Doubt has also arisen as to the liability of an agent to file a registration statement for the period during which he was acting as an agent of a foreign principal if he has since ceased such activity. This Department has encountered several instances of an unregistered agent's resisting registration on the ground that his agency had terminated prior to the time when the Department was demanding his registration. Clarification of the intendment of the section on these questions is considered desirable.

Section 7 of the act relates to the liability of officers, directors, or persons performing the functions of officers or directors, of an agent of a foreign principal to cause the filing of registration statements. It is believed that the act would be considerably strengthened by amending this section to provide that the dissolution or other attempted reorganization of an agent which is not an individual shall not avoid the liability of the persons performing the functions of officers or directors to file registration statements.

A proposed bill designed to effectuate the desired purposes is submitted for your consideration.

The Director of the Bureau of the Budget has advised that there is no objection to the submission of this recommendation.

Yours sincerely,

PEYTON FORD,
*The Assistant to the Attorney General.*