UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20552 -Damian/Valle

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

DAVID RIVERA,

　　　Defendants.

_____//

## DAVID RIVERA'S SUPPLEMENTAL REQUEST FOR ORAL ARGUMENT

Defendant, David Rivera, through counsel respectfully moves this Honorable Court to grant his Supplemental Request for Oral Argument, pursuant to Local Rule 7.1(b)(2), on Defendant's Motion for New Trial and for Judgment of Acquittal [Dkt. 543] and states as follows.

The arguments presented within Defendant's Motion for New Trial and for Judgment of Acquittal, as well as his Reply [Dkt. 575], specifically those pertaining to the Statute of Limitations issue, are complex.  They involve not only the legislative history of the FARA statute, but the DOJ's position and participation in the drafting of the statute, which is at odds with the position taken by the government during the litigation in this matter. As a result, oral argument will assist the court.

WHEREFORE, Rivera moves the Court for an Order granting Oral Argument pursuant to Local Rule 7.1(b)(2) and requests that same be scheduled at a time convenient for the Court's schedule.

#112158683v1

Respectfully submitted on July 29, 2026.

**EDWARD R. SHOHAT, PA**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (786) 525-3621
By:     */s/ Edward R. Shohat*
        **Edward R. Shohat**
        Florida Bar No. 152634
        ed@edwardrshohat.com

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (305) 679-5700
By:     */s/ David S. Weinstein*
        **David S. Weinstein**
        Florida Bar No. 749214
        dweinstein@joneswalker.com

*Counsel for David Rivera*

#112158683v1